United States Bankruptcy Court
Western District of Texas

In re: Double D Solutions and Development, LLC

Debtor(s)

Case No. 26-60765

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/07/2026

Signed by:
Thomas Dwayne Pavelka
69C86BF3146A460...
Signature of Individual signing on behalf of debtor

Member
Position or relationship to debtor

A-1 Building Supply
4445 Canyon Dr.
Amarillo, TX 79110

ABC Supply Company
P.O. Box 842450
Dallas, TX 75284

Ally Bank
P.O. Box 380902
Minneapolis, MN 55438

Capital One Bank
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cedar Advance LLC
5401 Collins Ave. CU-9A
Miami Beach, FL 33140

Central Hardwoods
1959 W. Northwest Hwy
Dallas, TX 75220

Chase Auto Finance
P.O. Box 650351
Dallas, TX 75265

Dakota Premium Hardwoods
P.O. Box 840764
Dallas, TX 75284

Dealers Electrical Supply
P.O. Box 2535
Waco, TX 76702

Forward Financing LLC
53 State St. 20th Floor
Boston, MA 02109

Fox Funding Group LLC
803 S 21 Ave.
Hollywood, FL 33020

G an G Funding Group LLC
57 West 57th St. 4th Floor
New York, NY 10019

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

Hill County Tax Office
305 S. San Jacinto
Whitney, TX 76692

Home Depot Credit Services
P.O. Box 658226
Dallas, TX 17936

Itasca Landfill, Republic Services
P.O. Box 677839
Dallas, TX 75267

JPMorgan Chase Bank
c/o National Bankruptcy Services
P.O. Box 9013
Addison, TX 75001

KHBR
335 Country Club Dr.
Hillsboro, TX 76645

Lowes
P.O. Box 530970
Atlanta, GA 30353

LW RV Park & Mini Warehouse
P.O. Box 591
Whitney, TX 76692

Ocean Funding Corp.
2941 West Cypress Creek Rd. Suite 101
Fort Lauderdale, FL 33309

Redwoods, Inc.
623 Esther Street
Waco, TX 76710

Docusign Envelope ID: 399DB929-4B0C-8AEC-820D-59ED7B8BF714


Rugby
920 Ave. R.
Grand Prairie, TX 75050

Samson MCA LLC
17 State Street, Suite 630
New York, NJ 10004

SRM Concrete
200 Sims Dr.
Whitney, TX 76692

Sunbelt Rentals
7011 Woodway Dr.
Woodway, TX 76712

Texas Comptroller of Public Accounts
Bankruptcy Collection Division MC-008
P.O. Box 12548 MC-008
Austin, TX 78711

TFNB
Attn: Legal / Bankruptcy Department
901 S. 8th Street
Waco, TX 76706

Trader Vic's Mini Storage
486 FM 1713
West, TX 76691

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

United Rentals
P.O. Box 840514
Dallas, TX 75284

Windstream
P.O. Box 9001908
Louisville, KY 40290

Wood Finishers Depot
5215 Sjolander Rd.
Baytown, TX 77521