**Fill in this information to identify the case:**

Debtor name: Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): 26-60765

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JPMorgan Chase Bank<br>c/o National Bankruptcy Services LLC<br>P.O. Box 9013<br>Addison, TX, 75001 | | Credit Card Debt | | | | 71,284.28 |
| 2 | Capital One Bank<br>4515 N SANTA FE AVE<br>Oklahoma City, OK, 73118 | | Credit Card Debt | | | | 34,490.22 |
| 3 | Central Hardwoods<br>1959 W. Northwest Hwy<br>Dallas, TX, 75220 | | Suppliers or Vendors | | | | 25,000.00 |
| 4 | Rugby<br>920 Ave. R.<br>Grand Prairie, TX, 75050 | | Suppliers or Vendors | | | | 24,000.00 |
| 5 | Home Depot Credit Services<br>P.O. Box 658226<br>Dallas, TX, 17936.73 | | Credit Card Debt | | | | 17,936.73 |
| 6 | SRM Concrete<br>200 Sims Dr.<br>Whitney, TX, 76692 | | Suppliers or Vendors | | | | 13,000.00 |
| 7 | A-1 Building Supply<br>4445 Canyon Dr.<br>Amarillo, TX, 79110 | | Suppliers or Vendors | | | | 9,543.27 |
| 8 | ABC Supply Company<br>P.O. Box 842450<br>Dallas, TX, 75284 | | Suppliers or Vendors | | | | 9,050.55 |

Debtor Double D Solutions and Development, LLC
Name

Case number (if known) 26-60765

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Redwoods, Inc.<br>623 Esther Street<br>Waco, TX, 76710 | | Suppliers or Vendors | | | | 7,386.61 |
| 10 | Hill County Tax Office<br>305 S. San Jacinto<br>Whitney, TX, 76692 | | Taxes & Other Government Units | | | | 4,106.36 |
| 11 | Dakota Premium Hardwoods<br>P.O. Box 840764<br>Dallas, TX, 75284 | | Suppliers or Vendors | | | | 3,760.80 |
| 12 | Itasca Landfill, Republic Services<br>P.O. Box 677839<br>Dallas, TX, 75267 | | Suppliers or Vendors | | | | 3,296.40 |
| 13 | Wood Finishers Depot<br>5215 Sjolander Rd.<br>Baytown, TX, 77521 | | Suppliers or Vendors | | | | 2,025.45 |
| 14 | Sunbelt Rentals<br>7011 Woodway Dr.<br>Woodway, TX, 76712 | | Suppliers or Vendors | | | | 2,015.95 |
| 15 | Lowes<br>P.O. Box 530970<br>Atlanta, GA, 30353 | | Suppliers or Vendors | | | | 2,000.00 |
| 16 | United Rentals<br>P.O. Box 840514<br>Dallas, TX, 75284 | | Suppliers or Vendors | | | | 1,449.08 |
| 17 | Dealers Electrical Supply<br>P.O. Box 2535<br>Waco, TX, 76702 | | Suppliers or Vendors | | | | 1,039.23 |
| 18 | Texas Comptroller of Public Accounts<br>Bankruptcy Collection Division MC-008<br>P.O. Box 12548 MC-008<br>Austin, TX, 78711 | | Taxes & Other Government Units | | | | 1,012.88 |
| 19 | Trader Vic's Mini Storage<br>486 FM 1713<br>West, TX, 76691 | | Suppliers or Vendors | | | | 350.00 |
| 20 | LW RV Park & Mini Warehouse<br>P.O. Box 591<br>Whitney, TX, 76692 | | Suppliers or Vendors | | | | 350.00 |