Manolo R. Santiago
Texas Bar No. 24129258
Brandon J. Tittle
Texas Bar No. 24090436
**TITTLE SANTIAGO, PLLC**
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiago.com
Email: msantiago@tittlesantiago.com

**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765-mmp** |
| **DOUBLE D SOLUTIONS AND** | § | |
| **DEVELOPMENT, LLC** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtor.** | § | |

# AMENDED PROFIT AND LOSS STATEMENTS

1. Profit and Loss from February 1, 2026, to July 31, 2026.

Dated: August 11, 2026.

**TITTLE SANTIAGO, PLLC**

*/s/ Manolo R. Santiago*
Manolo R. Santiago
Texas Bar No. 24129258
Email: msantiago@tittlesantiago.com
Brandon J. Tittle
Texas Bar No. 24090436
Email: btittle@tittlesantiago.com
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316 / 863.303.7140

**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

# Double D Solutions - Monthly and Weekly Averages

*February through July 2026*

*Monthly average = six-month total / 6; weekly average = six-month total / 26 weeks*

| Receipt / Cash Activity Metric | Six-Month Total | Monthly Average | Weekly Average |
|---|---|---|---|
| Identified Client Payments | $279,082.13 | $46,513.69 | $10,733.93 |
| Payments from Clients | $565,414.50 | $94,235.75 | $21,746.71 |
| **Total Client Payments** | **$844,496.63** | **$140,749.44** | **$32,480.64** |
| Related-Party Receipt | $5,913.66 | $985.61 | $227.45 |
| Refund / Credit | $10.13 | $1.69 | $0.39 |
| **Total Receipts** | **$850,420.42** | **$141,736.74** | **$32,708.48** |
| **Total Disbursements** | **$820,848.10** | **$136,808.02** | **$31,571.08** |
| **Net Cash Activity** | **$29,572.32** | **$4,928.72** | **$1,137.40** |

## Actual Disbursement Averages by Category

| Expense / Disbursement Category | Six-Month Total | Monthly Average | Weekly Average |
|---|---|---|---|
| Bank Service Charges | $69.60 | $11.60 | $2.68 |
| Bookkeeping / Payroll Service | $2,566.31 | $427.72 | $98.70 |
| Computer / Software / Internet | $1,531.43 | $255.24 | $58.90 |
| Insurance Expense | $20,231.40 | $3,371.90 | $778.13 |
| Materials & Supplies | $272,994.71 | $45,499.12 | $10,499.80 |
| Subcontractors / Contract Labor | $41,904.86 | $6,984.14 | $1,611.73 |
| Payroll Expenses (with taxes) | $400,204.72 | $66,700.79 | $15,392.49 |
| Rent / Storage | $3,350.00 | $558.33 | $128.85 |
| Utilities | $5,690.48 | $948.41 | $218.86 |
| Vehicle / Equipment Expense | $13,139.38 | $2,189.90 | $505.36 |
| Debt / Financing Payments | $17,341.95 | $2,890.33 | $667.00 |
| Property Tax / Other Taxes | $18,502.00 | $3,083.67 | $711.62 |
| Office / Administrative | $1,878.14 | $313.02 | $72.24 |
| Other Disbursements / Unclassified | $21,443.12 | $3,573.85 | $824.74 |
| **Total Disbursements** | **$820,848.10** | **$136,808.02** | **$31,571.08** |

# Double D Solutions - February 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| John W. Erwin | $64,182.89 |
| Thomas Pavelka / Related-Party Receipt | $5,913.66 |
| Tim Wright | $5,800.00 |
| Payments from Clients | $18,711.40 |
| **Total Receipts** | **$94,607.95** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $14.14 |
| Bookkeeping / Payroll Service | $449.23 |
| Computer / Software / Internet | $0.00 |
| Insurance Expense | $1,855.81 |
| Materials & Supplies | $3,810.08 |
| Subcontractors / Contract Labor | $4,172.00 |
| Payroll Expenses (with taxes) | $69,235.31 |
| Rent / Storage | $0.00 |
| Utilities | $0.00 |
| Vehicle / Equipment Expense | $0.00 |
| Debt / Financing Payments | $130.98 |
| Property Tax / Other Taxes | $0.00 |
| Office / Administrative | $386.30 |
| Other Disbursements / Unclassified | $10,000.00 |
| **Total Disbursements** | **$90,053.85** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $20,725.07 |
| Total Receipts | $94,607.95 |
| Total Disbursements | $90,053.85 |
| Net Cash Activity | $4,554.10 |
| **Ending Balance** | **$25,279.17** |

# Double D Solutions - March 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| Turner Brothers / Richard Helmer IV | $15,021.57 |
| Payments from Clients | $227,982.87 |
| **Total Receipts** | **$243,004.44** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $32.84 |
| Bookkeeping / Payroll Service | $427.99 |
| Computer / Software / Internet | $446.16 |
| Insurance Expense | $1,861.81 |
| Materials & Supplies | $18,676.79 |
| Subcontractors / Contract Labor | $1,747.61 |
| Payroll Expenses (with taxes) | $59,011.29 |
| Rent / Storage | $0.00 |
| Utilities | $1,106.71 |
| Vehicle / Equipment Expense | $800.00 |
| Debt / Financing Payments | $90.00 |
| Property Tax / Other Taxes | $0.00 |
| Office / Administrative | $456.40 |
| Other Disbursements / Unclassified | $0.00 |
| **Total Disbursements** | **$84,657.60** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $25,279.17 |
| Total Receipts | $243,004.44 |
| Total Disbursements | $84,657.60 |
| Net Cash Activity | $158,346.84 |
| **Ending Balance** | **$183,626.01** |

# Double D Solutions - April 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| Antoinette Ponewash | $4,500.00 |
| Payments from Clients | $16,003.15 |
| **Total Receipts** | **$20,503.15** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $5.58 |
| Bookkeeping / Payroll Service | $429.60 |
| Computer / Software / Internet | $0.00 |
| Insurance Expense | $2,133.21 |
| Materials & Supplies | $75,987.86 |
| Subcontractors / Contract Labor | $7,501.00 |
| Payroll Expenses (with taxes) | $88,757.46 |
| Rent / Storage | $0.00 |
| Utilities | $1,413.35 |
| Vehicle / Equipment Expense | $0.00 |
| Debt / Financing Payments | $2,066.93 |
| Property Tax / Other Taxes | $11,058.86 |
| Office / Administrative | $0.00 |
| Other Disbursements / Unclassified | $7,334.00 |
| **Total Disbursements** | **$196,687.85** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $183,626.01 |
| Total Receipts | $20,503.15 |
| Total Disbursements | $196,687.85 |
| Net Cash Activity | ($176,184.70) |
| **Ending Balance** | **$7,441.31** |

# Double D Solutions - May 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| Pavelka Custom Millwork / Birome Church | $5,650.00 |
| Turner Brothers | $6,654.02 |
| Pavelka Custom | $6,500.00 |
| Antoinette Ponewash | $2,647.06 |
| John W. Erwin | $168,126.59 |
| Payments from Clients | $23,402.11 |
| **Total Receipts** | **$212,979.78** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $8.64 |
| Bookkeeping / Payroll Service | $429.60 |
| Computer / Software / Internet | $149.76 |
| Insurance Expense | $2,251.74 |
| Materials & Supplies | $53,381.86 |
| Subcontractors / Contract Labor | $13,296.25 |
| Payroll Expenses (with taxes) | $58,983.47 |
| Rent / Storage | $1,200.00 |
| Utilities | $1,276.62 |
| Vehicle / Equipment Expense | $1,382.90 |
| Debt / Financing Payments | $4,384.38 |
| Property Tax / Other Taxes | $0.00 |
| Office / Administrative | $0.00 |
| Other Disbursements / Unclassified | $535.07 |
| **Total Disbursements** | **$137,280.29** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $7,441.31 |
| Total Receipts | $212,979.78 |
| Total Disbursements | $137,280.29 |
| Net Cash Activity | $75,699.49 |
| **Ending Balance** | **$83,140.80** |

# Double D Solutions - June 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| Payments from Clients | $154,943.61 |
| **Total Receipts** | **$154,943.61** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $3.10 |
| Bookkeeping / Payroll Service | $440.26 |
| Computer / Software / Internet | $734.33 |
| Insurance Expense | $2,161.31 |
| Materials & Supplies | $83,667.36 |
| Subcontractors / Contract Labor | $6,790.00 |
| Payroll Expenses (with taxes) | $64,094.55 |
| Rent / Storage | $0.00 |
| Utilities | $874.14 |
| Vehicle / Equipment Expense | $642.65 |
| Debt / Financing Payments | $6,247.50 |
| Property Tax / Other Taxes | $0.00 |
| Office / Administrative | $0.00 |
| Other Disbursements / Unclassified | $3,431.55 |
| **Total Disbursements** | **$169,086.75** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $83,140.80 |
| Total Receipts | $154,943.61 |
| Total Disbursements | $169,086.75 |
| Net Cash Activity | ($14,143.14) |
| **Ending Balance** | **$68,997.66** |

# Double D Solutions - July 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits and Credits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| QuickBooks Refund / Credit | $10.13 |
| Payments from Clients | $124,371.36 |
| **Total Receipts** | **$124,381.49** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $5.30 |
| Bookkeeping / Payroll Service | $389.63 |
| Computer / Software / Internet | $201.18 |
| Insurance Expense | $9,967.52 |
| Materials & Supplies | $37,470.76 |
| Subcontractors / Contract Labor | $8,398.00 |
| Payroll Expenses (with taxes) | $60,122.64 |
| Rent / Storage | $2,150.00 |
| Utilities | $1,019.66 |
| Vehicle / Equipment Expense | $10,313.83 |
| Debt / Financing Payments | $4,422.16 |
| Property Tax / Other Taxes | $7,443.14 |
| Office / Administrative | $1,035.44 |
| Other Disbursements / Unclassified | $142.50 |
| **Total Disbursements** | **$143,081.76** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $68,997.66 |
| Total Receipts | $124,381.49 |
| Total Disbursements | $143,081.76 |
| Net Cash Activity | ($18,700.27) |
| **Ending Balance** | **$50,297.39** |