**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 24, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765-mmp-11** |
| **DOUBLE D SOLUTIONS AND** | § | |
| **DEVELOPMENT, LLC** | § | |
| | § | **Chapter 11, Subchapter V** |
| **Debtor** | § | |

## ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, AND STATEMENTS

CAME ON BEFORE THE COURT, Debtor's Motion for Extension of Time to File Schedules and Statements; and having considered its merits the Court finds that good cause exists and the motion should be granted. It is therefore:

ORDERED, ADJUDGED, DECREED, that Debtor shall have the 14 days extension granted and now has until September 4, 2026, to file the required Schedules and Statements.

###END OF ORDER###

SUBMITTED BY:

*/s/ Manolo R. Santiago*
Manolo R. Santiago
Texas Bar No. 24129258
**TITTLE SANTIAGO, PLLC**
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiago.com
Email: msantiago@tittlesantiago.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION