# TITTLE LAW FIRM, PLLC

EXHIBIT B

- A Professional Limited Liability Company –

www.TittleLawGroup.com

Btittle@TittleLawGroup.com
Office: (346) 556-9151
Mobile: (817) 372-3462

1125 Legacy Dr., Ste. 230
Frisco, Texas 75034

October 10, 2025

**VIA EMAIL**
Double D Solutions and Development, L.L.C.
c/o Thomas Dwayne Pavelka, Member
123 County Rd. 2134
Whitney, TX 76692
Phone: 214-212-4928
Email: doubledsolutionsanddevelopment@gmail.com

Re: Engagement of Tittle Law Firm, PLLC

Dear Mr. Pavelka:

Thank you for choosing Tittle Law Firm, PLLC (the "Firm") to represent Double D Solutions and Development, L.L.C. (the "Client") in connection with its bankruptcy filing under Subchapter V of Chapter 11 of title 11 of the U.S. Code (the "Subject Matter") in the U.S. Bankruptcy Court for the Northern District of Texas, Waco Division.

We understand that we are being engaged to act as counsel for the Client and no other individual or entity. We further understand that the Firm is being engaged specifically to assist the Client as of (i) the execution of this engagement letter, (ii) remittance of a retainer of $20,000.00 (the "Retainer"). The Retainer may be paid by submitting a wire to the Firm. Below are the Firm's wiring instructions:

Recipient: Tittle Law Firm, PLLC
Bank: Texas Capital Bank
Account No. 2400081268
Routing No. 111017979

Our statements for professional services will be substantially based upon the time spent by professionals who perform services on your behalf, including attorneys and, where feasible, legal assistants or other staff members operating under the supervision of attorneys. The hourly rates for those individuals are based upon their expertise and experience; those rates are periodically reviewed and adjusted. My hourly rate for post-petition billable hours, as the primary responsible attorney on this matter, will be $625.00. The Firm's legal assistant hourly rate will be $195.00.

In preparing our statements for professional services, we will use our hourly rates, as in effect when such services were rendered. **PLEASE BE ADVISED THAT RATES MAY INCREASE IN 2026**. The Client will be advised of 2026 billing rates if there is any change. The

Firm's invoices will be transmitted via email on a monthly basis, unless you advise the firm that you prefer an alternate method of transmission.

The Client will also be billed for disbursements and other charges relating to our professional services. With respect to disbursements incurred on your behalf to vendors and other third-parties for incidental expenses (such as filing fees, travel expenses, and long-distance telephone calls), you will be billed at our invoiced cost. With respect to internally-generated charges (such as photocopying and facsimile transmissions), you will be billed in accordance with our standard expense schedule in effect when the charge is incurred. Where the nature of our engagement requires the retention of third parties, we will obtain your approval of such retention and will forward any statements for services and expenses from such persons directly to the Client for payment.

In connection with the Retainer remitted to the Firm, the Firm will deposit such retainer into its IOLTA Trust Account. Thereafter, the Firm will draw down against the amount of such Retainer to satisfy amounts incurred for services rendered or expenses incurred in connection with the Firm's representation of the Client. In the event the file is closed and no further services are required by the Client or the Firm's services are terminated by the Client, the Firm shall return the balance of any retainer funds to the Client within ten (10) business days of closing the file and/or termination. As an alternative to returning the balance of the retainer, the Client, at its discretion, may apply the balance of the retainer to other engagements with the Firm.

We will endeavor to keep you apprised of significant developments and to consult with you about our work on an ongoing basis. If there are particular limitations on how you would like us to communicate with you, please advise us in advance about your preferences. For example, some modes of communication, such as faxes or e-mails may not be convenient for some clients or may be considered to compromise confidentiality or to present greater risks of interception than other communication modes. We will, of course, abide by your preferences in this regard.

The Firm may cease providing services to the Client and terminate this engagement as may be permitted by the applicable ethics rules or codes in effect at the time of termination, or by order of a court or other tribunal. You may terminate this Engagement at any time, but doing so, or termination by the Firm as provided in the preceding sentence, does not relieve the Client from any obligation arising during the Engagement, including the obligation to pay our fees and disbursements and any Retainer when due.

The Client's original documents and property will be returned to them upon conclusion of our representation of the Client on a particular matter (unless they are relevant to another matter on which we continue to represent you), and upon our receipt of payment for outstanding fees and costs. At that time, you will also have the opportunity to accept the remainder of your entire client file, including attorney work product. Should you decide not to accept your remaining file at that time, you may advise us to destroy your file immediately, and we will do so (unless we are aware of a reason not to do so). If you do not request the return or destruction of your file at the time your matter is closed, we will retain the file for seven years, after which time it will be destroyed without further notice to you. The Firm retains the right to make copies of your file, at our expense,

for our own information and retention purposes. Absent contrary advice from you, we will deem you to have consented to the document retention policy set forth herein.

Original documents and property, if not returned to you for any reason, will be designated for permanent retention and will not be destroyed without your prior approval, nor are they subject to the seven-year retention policy described above. Such items include, but are not limited to, money orders, travelers checks, stocks and bonds, final executed releases, settlement agreements, contracts and sale or purchase agreements, judgments, deeds, titles, easements, wills and trusts, powers of attorney and all other dispositive estate planning documents.

Please feel free to contact me at any time, if you have any questions about our services or about the status of our engagement. If the foregoing terms of our representation are acceptable, please sign a copy of this letter where indicated and return a copy to me. We look forward to serving you.

Very truly yours,

Brandon Tittle

Brandon J. Tittle

AGREED AND ACCEPTED this 10th day of October, 2025

DOUBLE D SOLUTIONS AND DEVELOPMENT, L.L.C.

By: ______________________________
Name: Thomas Dwayne Pavelka, Member
Double D Solutions and Development, L.L.C.