EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765** |
| **Double D Solutions and Development, LLC** | § | |
| | § | **Chapter 11 (Subchapter V)** |
| **Debtor.** | § | |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO 11 U.S.C. § 329 AND FED. R. BANKR. P. 2016(b)**

Tittle Santiago, PLLC (the "Firm"), successor to Tittle Law Firm, PLLC, submits this Disclosure of Compensation of Attorney for Debtor pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b) in connection with its representation of Double D Solutions and Development, LLC (the "Debtor") in this Chapter 11 Case, and states as follows:

1. On October 10, 2025, Tittle Law Firm, PLLC and the Debtor entered into an engagement letter for legal services in contemplation of and in connection with the Debtor's anticipated chapter 11 case under subchapter V. The Firm is the successor to Tittle Law Firm, PLLC.

2. On October 13, 2025, the Debtor paid Tittle Law Firm, PLLC a $20,000.00 prepetition security retainer. The Debtor was the source of the retainer, and the retainer was deposited into the firm's IOLTA account.

| | |
|---|---|
| Prepetition security retainer received | $20,000.00 |
| Prepetition fees and expenses incurred | $24,823.00 |
| Reduction of prepetition fees and expenses | ($4,823.00) |
| Retainer applied before the Petition Date | $20,000.00 |
| **Prepetition balance due on the Petition Date** | **$0.00** |
| **Retainer balance on the Petition Date** | **$0.00** |
| **Postpetition compensation or reimbursement received** | **$0.00** |

3. Before the Petition Date, Tittle Law Firm, PLLC incurred $24,823.00 in prepetition fees and expenses. Tittle Law Firm, PLLC reduced those fees and expenses to $20,000.00 and applied the full $20,000.00 retainer against them before the Petition Date. The Debtor therefore

entered bankruptcy owing no prepetition balance to Tittle Law Firm, PLLC or the Firm, and no unapplied retainer remained.

4. The Firm has agreed to provide postpetition legal services on an hourly basis, subject to Court approval under 11 U.S.C. §§ 330 and 331. The Firm's current hourly rates are $625.00 for Brandon J. Tittle, $550.00 for Manolo R. Santiago, and $195.00 for legal assistants. The Firm also may seek reimbursement of actual and necessary expenses at cost. Because postpetition compensation is hourly and subject to Court approval, the total amount of future compensation is presently undetermined.

5. The anticipated source of any postpetition compensation and expense reimbursement is the Debtor's estate, subject to the availability of funds, the terms of any applicable cash-collateral order or budget, and further order of the Court. The Firm has not received any postpetition retainer, fee payment, expense reimbursement, or other compensation.

6. In return for compensation approved by the Court, the Firm has agreed to render legal services concerning the administration of this Chapter 11 Case, the Debtor's duties and powers as debtor in possession, use of cash collateral, claims and litigation, preparation and prosecution of a subchapter V plan, and such other bankruptcy, litigation, tax, and general corporate matters as may reasonably arise in connection with the Chapter 11 Case.

7. The Firm has not agreed to share, and will not share, compensation received in connection with this Chapter 11 Case with any person other than members and employees of the Firm pursuant to ordinary compensation arrangements.

8. The Firm will supplement this Disclosure within the time required by Bankruptcy Rule 2016(b) if any payment, agreement, or other matter not previously disclosed arises.

9. The Firm submits this Disclosure on August 26, 2026. Although more than fourteen days have elapsed since the Petition Date, the Firm has received no postpetition retainer, fee payment, expense reimbursement, or other compensation. The Firm respectfully requests that this Disclosure be accepted and will supplement it as required.

The Firm respectfully requests that the Court accept this Disclosure as its statement under 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b), without prejudice to the filing of any application required under 11 U.S.C. §§ 330 and 331 or any supplemental disclosure required by Rule 2016(b).

Dated: August 26, 2026.

Respectfully submitted,

**TITTLE SANTIAGO, PLLC**

*/s/ Manolo R. Santiago*
Manolo R. Santiago
Texas Bar No. 24129258
Email: msantiago@tittlesantiago.com
Brandon J. Tittle
Texas Bar No. 24090436
Email: btittle@tittlesantiago.com
1125 Legacy Dr., Suite 230
Frisco, Texas 75034
Telephone: 972-213-2316 / 863-303-7140

**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**