EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765** |
| **Double D Solutions and Development, LLC** | § | |
| | § | **Chapter 11 (Subchapter V)** |
| **Debtor.** | § | |

**ORDER APPROVING APPLICATION TO EMPLOY TITTLE SANTIAGO, PLLC AS COUNSEL FOR THE DEBTOR[1]**

Upon consideration of the Application to Employ Tittle Santiago, PLLC as Counsel for the Debtor (the "Application"), the Declaration of Manolo R. Santiago, the disclosures made pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016(b), the record in this Chapter 11 Case, and any responses to the Application, the Court finds that notice was proper and sufficient and that the relief requested should be granted. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED that**

1. The Application is **GRANTED.**

2. Under 11 U.S.C. §§ 327(a), 1107(a), and 1184, the Debtor is authorized to employ Tittle Santiago, PLLC as its bankruptcy counsel, effective August 7, 2026.

[1] All capitalized terms not defined herein shall have the same meaning ascribed to such term in the Application.

3. Tittle Santiago, PLLC shall be compensated in accordance with the terms of the Application and shall file fee applications for interim and final allowance of compensation and reimbursement of expenses, if any, in compliance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders or procedures of this Court. For billing purposes, Tittle Santiago, PLLC shall keep its time in one-tenth (1/10) hour increments in accordance with the fee guidelines established by the U.S. Trustee. The payment of all fees and expenses to counsel shall be subject to approval of the Court. Tittle Santiago, PLLC shall not draw, transfer, or apply any retainer or other funds on account of post-petition fees or expenses absent further order of the Court.

4. In the event of any inconsistency among the Application or this Order, the terms of this Order shall govern.

5. Tittle Santiago, PLLC shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtor's other retained professionals in this chapter 11 case.

6. Tittle Santiago, PLLC shall provide ten business days' notice to the Debtor, the U.S. Trustee, and counsel to the secured lenders before any increases in the hourly rates are implemented. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7. To the extent the Debtor wishes to expand the scope of Tittle Santiago, PLLC's services beyond those services set forth in the Application or this Order, the Debtor shall be required to seek further approval from this Court. The Debtor shall file notice of any proposed additional services (the "Proposed Additional Services") an any underlying engagement agreement with the Court and serve such notice on the U.S. Trustee, counsel to the secured lenders, and any party requesting notice under Bankruptcy Rule 2002. If no such party files an objection within 21 days of the Debtor's notice, the Proposed Additional Services and any underlying engagement agreement may be approved by the Court by further order without further notice or hearing.

8. The Debtor and Tittle Santiago, PLLC are authorized and empowered to take all actions necessary to implement the relief granted in this Order in accordance with the Application as modified by this Order.

9. Notice of the Application as provided therein is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

10. Tittle Santiago, PLLC will review their files periodically during the pendency of this Chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Tittle Santiago, PLLC will use reasonable efforts to identify such further developments and will file a supplemental declaration, as required under Bankruptcy Rule 2014(a); and it is further

11. Notwithstanding Bankruptcy Rule 6004(a), the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

###END OF ORDER###

SUBMITTED BY:

*/s/ Manolo R. Santiago*
Manolo R. Santiago
Texas Bar No. 24129258
**TITTLE SANTIAGO, PLLC**
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiago.com
Email: msantiago@tittlesantiago.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION