**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765** |
| **Double D Solutions and Development, LLC** | § | |
| | § | **Chapter 11 (Subchapter V)** |
| **Debtor.** | § | |

**NOTICE OF EMPLOYMENT OF PROFESSIONAL**
**(APPENDIX L-2014-1)**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO THE INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, WACO DIVISION, 800 FRANKLIN AVE., #140, WACO TEXAS 76701. IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF HEARING. IF YOU DO NOT OPPOSE THE MOTION.**

**APPLICATION SUMMARY**

| | |
|---|---|
| **Name of client:** | Double D Solutions and Development, LLC |
| **Identity of professional:** | Tittle Santiago, PLLC, 1125 Legacy Dr., Suite 230, Frisco, Texas 75034; telephone: 972-213-2316 / 863-303-7140; email: btittle@tittlesantiago.com and msantiago@tittlesantiago.com. |
| **Nature of profession:** | Attorneys at law; proposed bankruptcy counsel for the Debtor and Debtor in Possession. |
| **Effective date requested:** | August 7, 2026 |
| **Conflicts:** | None known that require disclosure. The Firm does not hold or represent an interest adverse to the Debtor or the Debtor's estate and represents that it is disinterested. The Firm will supplement its disclosures if additional connections are discovered. |
| **Retainer:** | Tittle Law Firm, PLLC, the Firm's predecessor, received a $20,000.00 prepetition security retainer from the Debtor on October 13, 2025. Prepetition fees and expenses totaled $24,823.00 but were reduced to $20,000.00, and the full retainer was applied before the Petition Date. No prepetition balance or unapplied retainer remained on the Petition Date, and no postpetition retainer or payment has been received. |
| **Proposed compensation:** | Subject to Court approval under 11 U.S.C. §§ 330 and 331: Brandon J. Tittle at $625.00 per hour; Manolo R. Santiago at $550.00 per hour; legal assistants at $195.00 per hour; and reimbursement of actual and necessary expenses at cost. The Debtor does not seek approval under 11 U.S.C. § 328(a). |
| **Other professionals:** | None presently employed or expected to be employed by the Debtor at this time. |

**Signed:** */s/ Manolo R. Santiago*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I caused a true and correct copy of this Notice of Employment of Professional to be served through the Court's CM/ECF system upon all parties registered to receive electronic notice and by first-class United States mail, postage prepaid, upon each party listed on the attached Service List.

*/s/ Manolo R. Santiago*
Manolo R. Santiago