Label Matrix for local noticing
0542-6
Case 26-60765-mmp
Western District of Texas
Waco
Wed Aug 26 13:20:32 CDT 2026

Double D Solutions and Development, LLC
PO Box 1788
Whitney, TX 76692-1788

U.S. BANKRUPTCY COURT
800 FRANKLIN AVE., SUITE 140
WACO, TX 76701-1934

A-1 Building Supply
4445 Canyon Dr.
Amarillo, TX 79110-1902

ABC Supply Company
P.O. Box 842450
Dallas, TX 75284-2450

Ally Bank
P.O. Box 380902
Minneapolis, MN 55438-0902

Capital One NA
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One NA
by AIS InfoSource LP as agent
PO Box 71083
Charlotte NC 28272-1083

(p)CEDAR ADVANCE LLC
5401 COLLINS AVENUE
SUITE CU-9A
MIAMI BEACH FL 33140-2590

Central Hardwoods
1959 W. Northwest Hwy
Dallas, TX 75220-2313

Chase Auto Finance
P.O. Box 650351
Dallas, TX 75265-0351

Dakota Premium Hardwoods
P.O. Box 840764
Dallas, TX 75284-0764

Dealers Electrical Supply
P.O. Box 2535
Waco, TX 76702-2535

First Security State Bank
Haley & Olson PC
c/o Blake Rasner
100 N Ritchie Rd #200
Waco TX 76712-8517

Forward Financing LLC
53 State St. 20th Floor
Boston, MA 02109-2820

Fox Funding Group LLC
803 S 21 Ave.
Hollywood, FL 33020-6962

G an G Funding Group LLC
57 West 57th St. 4th Floor
New York, NY 10019-2813

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Hill County Tax Office
305 S. San Jacinto
Whitney, TX 76692-2722

Home Depot Credit Services
P.O. Box 658226
Dallas, TX 75265-8226

Itasca Landfill, Republic Services
P.O. Box 677839
Dallas, TX 75267-7839

JPMorgan Chase Bank
c/o National Bankruptcy Svcs
PO Box 9013
Addison TX 75001-9013

KHBR
335 Country Club Dr.
Hillsboro, TX 76645-2374

LW RV Park & Mini Warehouse
P.O. Box 591
Whitney, TX 76692-0591

Lowes
P.O. Box 530970
Atlanta, GA 30353-0970

Ocean Funding Corp
Wilson Friery PLLC
c/o Broocks Mack Wilson
708 Main St 10th FL
Houston TX 77002-3246

Ocean Funding Corp
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Ocean Funding Corp.
2941 West Cypress Creek Rd. Suite 101
Fort Lauderdale, FL 33309-1762

Redwoods, Inc.
623 Esther Street
Waco, TX 76710-6022

Rugby
920 Ave. R.
Grand Prairie, TX 75050-1500

SRM Concrete
200 Sims Dr.
Whitney, TX 76692-3597

Samson MCA LLC
17 State Street, Suite 630
New York, NJ 10004-1749

Sunbelt Rentals
7011 Woodway Dr.
Woodway, TX 76712-6149

TFNB
Attn: Legal / Bankruptcy Department
901 S. 8th Street
Waco, TX 76706-1143

Texas Comptroller of Public Accounts
Bankruptcy Collection Division MC-008
P.O. Box 12548 MC-008
Austin, TX 78711-2548

Texas Workforce Commission
Office of the Attorney General
Bankruptcy & Collection Division
P.O. BOX 12548, MC-0008
Austin, TX 78711-2548

The County of Hill, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

The First National Bank of McGregor
c/o Michael P. Menton
5728 LBJ Freeway, Suite 150
Dallas, TX 75240-6340

Trader Vic's Mini Storage
486 FM 1713
West, TX 76691

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

United Rentals
P.O. Box 840514
Dallas, TX 75284-0514

United States Small Business Administration
c/o Steven B Bass
Assistant United States Attorney
903 San Jacinto Blvd #334
Austin TX 78701-2449

United States Trustee - WA12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Whitney ISD
Perdue Brandon Fielder et al
c/o Elizabeth Banda Calvo
500 E Border St #640
Arlington TX 76010-7457

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Wood Finishers Depot
5215 Sjolander Rd.
Baytown, TX 77521-9380

Brandon John Tittle
Tittle Santiago, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034-1942

Manolo R Santiago
Tittle Santiago, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034-1942

Michael James O'Connor
Law Office of Michael J. O'Connor
The Spectrum Building
613 NW Loop 410, Suite 840
San Antonio, TX 78216-5507

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cedar Advance LLC
5401 Collins Ave. CU-9A
Miami Beach, FL 33140

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

US Small Business Administration
Office of General Counsel
312 N Spring St 5th FL
Los Angeles CA 90012

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 0 |
| Total | 48 |