# SERVICE LIST

## In re Double D Solutions and Development, LLC, Case No. 26-60765-mmp

**Double D Solutions and Development, LLC**
PO Box 1788
Whitney, TX 76692-1788

**U.S. Bankruptcy Court**
800 Franklin Ave., Suite 140
Waco, TX 76701-1934

**A-1 Building Supply**
4445 Canyon Dr.
Amarillo, TX 79110-1902

**ABC Supply Company**
P.O. Box 842450
Dallas, TX 75284-2450

**Ally Bank**
P.O. Box 380902
Minneapolis, MN 55438-0902

**Capital One NA**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**Capital One NA**
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

**Cedar Advance LLC**
5401 Collins Avenue
Suite CU-9A
Miami Beach, FL 33140-2590

**Central Hardwoods**
1959 W. Northwest Hwy
Dallas, TX 75220-2313

**Chase Auto Finance**
P.O. Box 650351
Dallas, TX 75265-0351

**Dakota Premium Hardwoods**
P.O. Box 840764
Dallas, TX 75284-0764

**Dealers Electrical Supply**
P.O. Box 2535
Waco, TX 76702-2535

**First Security State Bank**
Haley & Olson PC
c/o Blake Rasner
100 N Ritchie Rd #200
Waco, TX 76712-8517

**Forward Financing LLC**
53 State St. 20th Floor
Boston, MA 02109-2820

**Fox Funding Group LLC**
803 S 21 Ave.
Hollywood, FL 33020-6962

**G an G Funding Group LLC**
57 West 57th St. 4th Floor
New York, NY 10019-2813

**Headway Capital**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604-2863

**Hill County Tax Office**
305 S. San Jacinto
Whitney, TX 76692-2722

**Home Depot Credit Services**
P.O. Box 658226
Dallas, TX 75265-8226

**Itasca Landfill, Republic Services**
P.O. Box 677839
Dallas, TX 75267-7839

**JPMorgan Chase Bank**
c/o National Bankruptcy Svcs
PO Box 9013
Addison, TX 75001-9013

**KHBR**
335 Country Club Dr.
Hillsboro, TX 76645-2374

**LW RV Park & Mini Warehouse**
P.O. Box 591
Whitney, TX 76692-0591

**Lowes**
P.O. Box 530970
Atlanta, GA 30353-0970

## SERVICE LIST (CONTINUED)

**In re Double D Solutions and Development, LLC, Case No. 26-60765-mmp**

**Ocean Funding Corp**
Wilson Friery PLLC
c/o Broocks Mack Wilson
708 Main St 10th FL
Houston, TX 77002-3246

**Ocean Funding Corp**
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

**Ocean Funding Corp.**
2941 West Cypress Creek Rd. Suite 101
Fort Lauderdale, FL 33309-1762

**Redwoods, Inc.**
623 Esther Street
Waco, TX 76710-6022

**Rugby**
920 Ave. R.
Grand Prairie, TX 75050-1500

**SRM Concrete**
200 Sims Dr.
Whitney, TX 76692-3597

**Samson MCA LLC**
17 State Street, Suite 630
New York, NJ 10004-1749

**Sunbelt Rentals**
7011 Woodway Dr.
Woodway, TX 76712-6149

**TFNB**
Attn: Legal / Bankruptcy Department
901 S. 8th Street
Waco, TX 76706-1143

**Texas Comptroller of Public Accounts**
Bankruptcy Collection Division MC-008
P.O. Box 12548 MC-008
Austin, TX 78711-2548

**Texas Workforce Commission**
Office of the Attorney General
Bankruptcy & Collection Division
P.O. Box 12548, MC-0008
Austin, TX 78711-2548

**The County of Hill, Texas**
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

**The First National Bank of McGregor**
c/o Michael P. Menton
5728 LBJ Freeway, Suite 150
Dallas, TX 75240-6340

**Trader Vic's Mini Storage**
486 FM 1713
West, TX 76691

**U.S. Small Business Administration**
312 N Spring St, 5th Floor
Los Angeles, CA 90012-4701

**United Rentals**
P.O. Box 840514
Dallas, TX 75284-0514

**United States Small Business Administration**
c/o Steven B. Bass
Assistant United States Attorney
903 San Jacinto Blvd #334
Austin, TX 78701-2449

**United States Trustee - WA12**
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

**Whitney ISD**
Perdue Brandon Fielder et al
c/o Elizabeth Banda Calvo
500 E Border St #640
Arlington, TX 76010-7457

**Windstream**
P.O. Box 9001908
Louisville, KY 40290-1908

**Wood Finishers Depot**
5215 Sjolander Rd.
Baytown, TX 77521-9380

**Brandon John Tittle**
Tittle Santiago, PLLC
1125 Legacy Dr., Suite 230
Frisco, TX 75034-1942

**Manolo R. Santiago**
Tittle Santiago, PLLC
1125 Legacy Dr., Suite 230
Frisco, TX 75034-1942

**Michael James O'Connor**
Law Office of Michael J. O'Connor
The Spectrum Building
613 NW Loop 410, Suite 840
San Antonio, TX 78216-5507

*Mailable recipients: 48*