**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 04, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Double D Solutions and Development, LLC** , Debtor(s)

Bankruptcy Case No.: 26−60765−mmp
Chapter No.: 11

## ORDER DISMISSING CASE FOR FAILURE TO FILE THE DECLARATION FOR ELECTRONIC FILING

Pursuant to the *Administrative Policies and Procedures for Electronic Filing*, section IV.B.3., adopted by the Court under L. Rule 5005−1, all electronic filers submitting a bankruptcy petition, creditor list, schedules and/or statements must complete the appropriate Declaration for Electronic Filing, which form must be physically signed and filed with the clerk of the bankruptcy court in electronic format.

The form must be electronically filed contemporaneous with the electronic filing of such petition, creditor list, schedules and/or statements.

The appropriate Declaration for Electronic Filing was not timely filed in this case. The bankruptcy case is accordingly dismissed, without prejudice to refiling.

###