**Fill in this information to identify the case:**

Debtor name Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known) 26-60765

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Security State Bank | Checking | 4228 | $ 67,622.78 |
| 3.2. | TFNB | Checking | | $ 4,160.55 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $ ______

4.2. ______ $ ______

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$ 71,783.33**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ______ $ ______

7.2. ______ $ ______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ______ $ ______

8.2. ______ $ ______

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 144,915.39 | - | 0.00 | = ......... ➤ | $ 144,915.39 |
| 11b. Over 90 days old: | 16,000.00 | - | 16,000.00 | = ......... ➤ | $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 144,915.39

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______ ______ $ ______

14.2. ______ ______ $ ______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______ ____% ______ $ ______

15.2. ______ ____% ______ $ ______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. ______ ______ $ ______

16.2. ______ ______ $ ______

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ 0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |

31. **Farm and fishing supplies, chemicals, and feed**

$ $

32. **Other farming and fishing-related property not already listed in Part 6**

$ $

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☑ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | $ | | $ |
| 42.2. | $ | | $ |
| 42.3. | $ | | $ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 1995 Small Black Trailer VIN No. 11WAC1015SW215837 | $ | | $ 350.00 |
| 47.2. 2003 24FT Gooseneck Trailer VIN No. 1B9GF31283G663109 | $ | | $ 5,000.00 |
| 47.3. 2022 18 FT Car Hauler | $ | | $ 3,500.00 |
| 47.4. 2022 Peac - Wow Cargo Trailer VIN No. 7FRVC28D5NA001629 | $ | | $ 6,500.00 |
| 47.5. Lloyd Dump Trailer VIN No. 4ZEGD1638L3193538 | $ | | $ 7,500.00 |
| 47.6. 2008 Lage Dump Trailer VIN No. 1B9G2FBD28A624259 | $ | | $ 3,000.00 |
| 47.7. 2000 Small Dump Trailer VIN No. 13ZHD1020Y1001132 | $ | | $ 2,000.00 |
| 47.8. 2017 16' Black Trailer VIN No. 575200D18HT340096 | $ | | $ 2,500.00 |
| 47.9. 2015 Lark Box Trailer VIN No. 571BE1629FM010649 | $ | | $ 2,500.00 |
| 47.10. 2002 BGTX Dump Trailer VIN No. 16VDX122921345224 | $ | | $ 2,500.00 |
| 47.11. 2022 Dodge Ram 2500 | $ | | $ 30,000.00 |
| 47.12. 2015 Ford Super Duty | $ | | $ 15,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | $ | | $ |
| 48.2. | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1. | $ | | $ |
| 49.2. | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. Heated Glue Spray Rig - Graco Series K03A | $ | | $ 800.00 |
| 50.2. Walk Behind Concrete Saw - Husqvama FS400LV | $ | | $ 1,200.00 |

| | | | | |
|---|---|---|---|---|
| 50.3. | Corner Nailer - Thompson | $ | | $ 400.00 |
| 50.4. | Air Compressor - Keaser TC-36 | $ | | $ 2,500.00 |
| 50.5. | Line Bor - Ritter 130A | $ | | $ 900.00 |
| 50.6. | Pinch Roller - UMT Co. | $ | | $ 400.00 |
| 50.7. | Edge Bander - Holzher Triathlon 1487V | $ | | $ 7,000.00 |
| 50.8. | Ice Machine - Maultowoc B570 | $ | | $ 250.00 |
| 50.9. | Shaper - Shop Fox W1812 | $ | | $ 800.00 |
| 50.10. | Hindge Drilling - Pre Asion B0C89T8N55 | $ | | $ 75.00 |
| 50.11. | Plotter-TX3000 Canon K10474 | $ | | $ 1,500.00 |
| 50.12. | Slide Saw - Altendorf F45 | $ | | $ 6,000.00 |
| 50.13. | Line Bore Machine Leeson 06T34FC22C | $ | | $ 700.00 |
| 50.14. | Auto Feeder - Univer 4962 | $ | | $ 300.00 |
| 50.15. | Wood Shaper - Powermatic Houdaille Model 26 | $ | | $ 850.00 |
| 50.16. | Industrial Spray Booth - Col-Met | $ | | $ 3,000.00 |
| 50.17. | Wheel Loader / Skid Steer - New Holland C232 | $ | | $ 24,000.00 |
| 50.18. | Scissor Lift - Genie GS 1930 (2) // $3,500.00 each | $ | | $ 7,000.00 |
| 50.19. | Forklift - G25S | $ | | $ 3,500.00 |
| 50.20. | Skytrac Trex TX55110 | $ | | $ 8,000.00 |
| 50.21. | Dowell Machine - Ritter R-803HD | $ | | $ 700.00 |
| 50.22. | Band Saw - Rockwall Bandsaw | $ | | $ 300.00 |
| 50.23. | Mini Press - Blum | $ | | $ 800.00 |
| 50.24. | CNC Machine - Tork SS3-48 | $ | | $ 15,000.00 |
| 50.25. | Vertical Bag Dust Collector - Kufo Seco 10HP | $ | | $ 1,500.00 |
| 50.26. | Drum Sander - Northtec NT 8-1100RC | $ | | $ 11,000.00 |
| 50.27. | Saw Table - Delta HM1 | $ | | $ 250.00 |
| 50.28. | Oscillating Edge Belt - Grizzly T27417 | $ | | $ 100.00 |
| 50.29. | Underpinner KSF | $ | | $ 150.00 |
| 50.30. | Pocket Hole Machine - Ritter R200 | $ | | $ 500.00 |
| 50.31. | Joiner - J.A. Fay & Egan | $ | | $ 1,000.00 |

| | | | | |
|---|---|---|---|---|
| 50.32. | Plainer - Oliver 261-AD | $ | | $ 1,500.00 |
| 50.33. | Drum Sander - Sandy A 10 RCS 110 (2) // $5,500.00 each | $ | | $ 11,000.00 |
| 50.34. | Chop Saw - RIDGID R4221 | $ | | $ 150.00 |
| 50.35. | Shop Saw - Kobalt | $ | | $ 50.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. $ 193,525.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 Lake Whitney Shopping Center LT 4-10 123 HCR 2134, Whitney, Texas 76692-5750 | Deed of Trust | $ | **CAD Value** | $ 489,510.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 489,510.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| | $ | | $ |

62. **Licenses, franchises, and royalties**

________ $ ________ ________ $ ________

63. **Customer lists, mailing lists, or other compilations**

________ $ ________ ________ $ ________

64. **Other intangibles, or intellectual property**

________ $ ________ ________ $ ________

65. **Goodwill**

________ $ ________ ________ $ ________

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

________ ________ - ________ = ➤ $ ________

Total face amount — doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

________ Tax year ________ $ ________
________ Tax year ________ $ ________
________ Tax year ________ $ ________

73. **Interests in insurance policies or annuities**

________ $ ________

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

________ $ ________

Nature of claim ________

Amount requested $ ________

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ ______

Nature of claim ______

Amount requested $ ______

76. **Trusts, equitable or future interests in property**

$ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

$ ______

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 71,783.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 144,915.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 193,525.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➤ | | $ 489,510.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* | 91a. $ 410,223.72 | + 91b. $ 489,510.00 |

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.* 899,733.72 $ 899,733.72

**Fill in this information to identify the case:**

Debtor name: Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 26-60765

☐ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Ally Bank — 2022 Dodge Ram 2500 | $ 31,264.44 | $ 30,000.00 |

2.1

**Creditor's name**
Ally Bank

**Creditor's mailing address**
P.O. Box 380902
Minneapolis, MN 55438

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
2022 Dodge Ram 2500

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

2.2

**Creditor's name**
Chase Auto Finance

**Creditor's mailing address**
P.O. Box 650351
Dallas, TX 75265

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
2015 Ford Super Duty

$ 16,857.52 $ 15,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.3

**Creditor's name**
TFNB

**Creditor's mailing address**
Attn: Legal / Bankruptcy Department
901 S. 8th Street, Waco, TX 76706

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
U.S. Small Business Administration, 1st
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
First Security State Bank, TFNB, Lake Whitney Shopping Center LT 4-10 123 HCR 2134, Whitney, Texas 76692-5750

$ 619,111.00 $ 561,293.33

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.4 **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**
Office of General Counsel
312 North Spring Street, 5th Floor,
Los Angeles, CA 90012

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
First Security State Bank, TFNB

$ 426,155.00 $ 71,783.33

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 1,093,387.96

**Fill in this information to identify the case:**

Debtor name Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 26-60765

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

**Priority creditor's name and mailing address**
Hill County Tax Office
305 S. San Jacinto
Whitney, TX 76692

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 4,106.36 Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2**

**Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation P. O. Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 0.00 Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

2.3 **Priority creditor's name and mailing address**
Texas Comptroller of Public Accounts
Bankruptcy Collection Division MC-008 P.O. Box 12548 MC-008
Austin, TX 78711

**As of the petition filing date, the claim is:** $ 1,012.88 $ 1,012.88
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

2.4 **Priority creditor's name and mailing address**
Texas Workforce Commission
Bankruptcy & Collection Division P.O. BOX 12548, MC-000
Austin, TX 78711

**As of the petition filing date, the claim is:** $ 598.73 $ 598.73
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
A-1 Building Supply
4445 Canyon Dr.
Amarillo, TX 79110

**As of the petition filing date, the claim is:** $ 9,543.27
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
ABC Supply Company
P.O. Box 842450
Dallas, TX 75284

**As of the petition filing date, the claim is:** $ 9,050.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
AER Operations, LLC

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Brennan & Clark

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Capital One Bank
4515 N SANTA FE AVE
Oklahoma City, OK 73118

**As of the petition filing date, the claim is:** $ 34,490.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Credit Card Debt

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
Cedar Advance LLC
5401 Collins Ave. CU-9A
Miami Beach, FL 33140

**As of the petition filing date, the claim is:** $ 128,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** 05/19/2025

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Central Hardwood

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
Central Hardwoods
1959 W. Northwest Hwy
Dallas, TX 75220

**As of the petition filing date, the claim is:** $ 25,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
Dakota Premium Hardwoods
P.O. Box 840764
Dallas, TX 75284

**As of the petition filing date, the claim is:** $ 3,760.80
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
Dealers Electrical Supply
P.O. Box 2535
Waco, TX 76702

**As of the petition filing date, the claim is:** $ 1,039.23
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
Forward Financing LLC
53 State St. 20th Floor
Boston, MA 02109

**As of the petition filing date, the claim is:** $ 328,747.85
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** 04/08/2025

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
Fox Funding Group LLC
803 S 21 Ave.
Hollywood, FL 33020

**As of the petition filing date, the claim is:** $ 44,970.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred** 04/30/2025

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.13 **Nonpriority creditor's name and mailing address**
G an G Funding Group LLC
57 West 57th St. 4th Floor
New York, NY 10019

**As of the petition filing date, the claim is:** $ 187,847.84
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred** 07/24/2025

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.14 **Nonpriority creditor's name and mailing address**
Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

**As of the petition filing date, the claim is:** $ 101,752.77
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.15 **Nonpriority creditor's name and mailing address**
Home Depot Credit Services
P.O. Box 658226
Dallas, TX 17936.73

**As of the petition filing date, the claim is:** $ 17,936.73
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Credit Card Debt

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.16 **Nonpriority creditor's name and mailing address**
Itasca Landfill, Republic Services
P.O. Box 677839
Dallas, TX 75267

**As of the petition filing date, the claim is:** $ 3,296.40
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.17 Nonpriority creditor's name and mailing address**
JPMorgan Chase Bank
c/o National Bankruptcy Services LLC
P.O. Box 9013
Addison, TX 75001

**As of the petition filing date, the claim is:** $ 71,284.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____________
**Basis for the claim:** Credit Card Debt
**Last 4 digits of account number** ____________
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
KHBR
335 Country Club Dr.
Hillsboro, TX 76645

**As of the petition filing date, the claim is:** $ 80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____________
**Basis for the claim:** Suppliers or Vendors
**Last 4 digits of account number** ____________
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
Lowes
P.O. Box 530970
Atlanta, GA 30353

**As of the petition filing date, the claim is:** $ 2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____________
**Basis for the claim:** Suppliers or Vendors
**Last 4 digits of account number** ____________
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
LW RV Park & Mini Warehouse
P.O. Box 591
Whitney, TX 76692

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____________
**Basis for the claim:** Suppliers or Vendors
**Last 4 digits of account number** ____________
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21 Nonpriority creditor's name and mailing address**
Miller Hardwood

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____________
**Basis for the claim:** Suppliers or Vendors
**Last 4 digits of account number** ____________
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
More Than Moldings

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
Ocean Funding Corp.
2941 West Cypress Creek Rd. Suite 101
Fort Lauderdale, FL 33309

**Date or dates debt was incurred** 07/23/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 63,061.02
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
Pavelka Custom Millwork

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
Premier Millwork

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
Redwoods, Inc.
623 Esther Street
Waco, TX 76710

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 7,386.61
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.27 **Nonpriority creditor's name and mailing address**
Rugby
920 Ave. R.
Grand Prairie, TX 75050

**As of the petition filing date, the claim is:** $ 24,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
Samson MCA LLC
17 State Street, Suite 630
New York, NJ 10004

**As of the petition filing date, the claim is:** $ 55,656.25
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
SRM Concrete
200 Sims Dr.
Whitney, TX 76692

**As of the petition filing date, the claim is:** $ 13,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
Sunbelt Rentals
7011 Woodway Dr.
Woodway, TX 76712

**As of the petition filing date, the claim is:** $ 2,015.95
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
The Wood Galery

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
Trader Vic's Mini Storage
486 FM 1713
West, TX 76691

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
United Rentals
P.O. Box 840514
Dallas, TX 75284

**As of the petition filing date, the claim is:** $ 1,449.08
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Windstream
P.O. Box 9001908
Louisville, KY 40290

**As of the petition filing date, the claim is:** $ 149.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Wood Finishers Depot
5215 Sjolander Rd.
Baytown, TX 77521

**As of the petition filing date, the claim is:** $ 2,025.45
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 ______ | Line ______<br>☐ Not listed. Explain ______ | ___ ___ ___ ___ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 5,717.97 |
| 5b. **Total claims from Part 2** | 5b. | $ 1,138,493.30 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,144,211.27 |

**Fill in this information to identify the case:**

Debtor name Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 26-60765 Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| | |

**Fill in this information to identify the case:**

Debtor name Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 26-60765

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor name Double D Solutions and Development, LLC

United States Bankruptcy Court for the: Western District of Texas (State)

Case number (If known): 26-60765

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 489,510.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 410,223.72 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 899,733.72 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 1,093,387.96 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 5,717.97 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 1,138,493.30 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 2,237,599.23 |