| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-6<br>Case 26-60765-mmp<br>Western District of Texas<br>Waco<br>Tue Sep 8 11:54:14 CDT 2026 | Double D Solutions and Development, LLC<br>PO Box 1788<br>Whitney, TX 76692-1788 | U.S. BANKRUPTCY COURT<br>800 FRANKLIN AVE., SUITE 140<br>WACO, TX 76701-1934 |
| A-1 Building Supply<br>4445 Canyon Dr.<br>Amarillo, TX 79110-1902 | ABC Supply Company<br>P.O. Box 842450<br>Dallas, TX 75284-2450 | Ally Bank<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 |
| Capital One NA<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Capital One NA<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | (p)CEDAR ADVANCE LLC<br>5401 COLLINS AVENUE<br>SUITE CU-9A<br>MIAMI BEACH FL 33140-2590 |
| Central Hardwoods<br>1959 W. Northwest Hwy<br>Dallas, TX 75220-2313 | Chase Auto Finance<br>P.O. Box 650351<br>Dallas, TX 75265-0351 | Dakota Premium Hardwoods<br>P.O. Box 840764<br>Dallas, TX 75284-0764 |
| Dealers Electrical Supply<br>P.O. Box 2535<br>Waco, TX 76702-2535 | First Security State Bank<br>Haley & Olson PC<br>c/o Blake Rasner<br>100 N Ritchie Rd #200<br>Waco TX 76712-8517 | Forward Financing LLC<br>53 State St. 20th Floor<br>Boston, MA 02109-2820 |
| Fox Funding Group LLC<br>803 S 21 Ave.<br>Hollywood, FL 33020-6962 | G an G Funding Group LLC<br>57 West 57th St. 4th Floor<br>New York, NY 10019-2813 | (p)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 |
| Hill County Tax Office<br>305 S. San Jacinto<br>Whitney, TX 76692-2722 | Home Depot Credit Services<br>P.O. Box 658226<br>Dallas, TX 75265-8226 | Itasca Landfill, Republic Services<br>P.O. Box 677839<br>Dallas, TX 75267-7839 |
| JPMorgan Chase Bank<br>c/o National Bankruptcy Svcs<br>PO Box 9013<br>Addison TX 75001-9013 | KHBR<br>335 Country Club Dr.<br>Hillsboro, TX 76645-2374 | LW RV Park & Mini Warehouse<br>P.O. Box 591<br>Whitney, TX 76692-0591 |
| Lowes<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 | Ocean Funding Corp<br>Wilson Friery PLLC<br>c/o Broocks Mack Wilson<br>708 Main St 10th FL<br>Houston TX 77002-3246 | Ocean Funding Corp<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Ocean Funding Corp.<br>2941 West Cypress Creek Rd. Suite 101<br>Fort Lauderdale, FL 33309-1762 | Redwoods, Inc.<br>623 Esther Street<br>Waco, TX 76710-6022 | Rugby<br>920 Ave. R.<br>Grand Prairie, TX 75050-1500 |

SRM Concrete
200 Sims Dr.
Whitney, TX 76692-3597

Samson MCA LLC
17 State Street, Suite 630
New York, NJ 10004-1749

Sunbelt Rentals
7011 Woodway Dr.
Woodway, TX 76712-6149

TFNB
Attn: Legal / Bankruptcy Department
901 S. 8th Street
Waco, TX 76706-1143

Texas Comptroller of Public Accounts
Bankruptcy Collection Division MC-008
P.O. Box 12548 MC-008
Austin, TX 78711-2548

Texas Workforce Commission
Office of the Attorney General
Bankruptcy & Collection Division
P.O. BOX 12548, MC-0008
Austin, TX 78711-2548

The County of Hill, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

The First National Bank of McGregor
c/o Michael P. Menton
5728 LBJ Freeway, Suite 150
Dallas, TX 75240-6340

Trader Vic's Mini Storage
486 FM 1713
West, TX 76691

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

United Rentals
P.O. Box 840514
Dallas, TX 75284-0514

United States Small Business Administration
c/o Steven B Bass
Assistant United States Attorney
903 San Jacinto Blvd #334
Austin TX 78701-2449

United States Trustee - WA12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Whitney ISD
Perdue Brandon Fielder et al
c/o Elizabeth Banda Calvo
500 E Border St #640
Arlington TX 76010-7457

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Wood Finishers Depot
5215 Sjolander Rd.
Baytown, TX 77521-9380

Brandon John Tittle
Tittle Santiago, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034-1942

Manolo R Santiago
Tittle Santiago, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034-1942

Michael James O'Connor
Law Office of Michael J. O'Connor
The Spectrum Building
613 NW Loop 410, Suite 840
San Antonio, TX 78216-5507

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cedar Advance LLC
5401 Collins Ave. CU-9A
Miami Beach, FL 33140

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

US Small Business Administration
Office of General Counsel
312 N Spring St 5th FL
Los Angeles CA 90012

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 0 |
| Total | 48 |