# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 26−60765−mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Double D Solutions and Development, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

on **9/29/26 at 01:30 PM**

Televideo Conference Hearing: (1.) ANY EXHIBIT WHICH THE PARTIES MAY WANT THE COURT TO CONSIDER MUST BE MAILED TO THE COURTROOM DEPUTY SEVEN DAYS PRIOR TO THE HEARING... MAIL EXHIBITS TO U.S. BANKRUPTCY COURT, ATTN: DEANNA CASTLEBERRY, 615 E. HOUSTON ST., SAN ANTONIO, TEXAS 78205... (2.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. Hearing To Consider and Act Upon the Following: (Related Document(s): 64 Motion to Vacate Dismissal Order and Reinstate Chapter 11 Case Pursuant to Federal Rule Bankruptcy Procedure 9024 filed by Manolo R. Santiago for Debtor Double D Solutions and Development, LLC. Hearing Scheduled For 9/29/2026 at 1:30 PM at Waco Bankruptcy Courtroom 1. (Castleberry, Deanna)

Dated: 9/9/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]