**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 14, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765-mmp-11** |
| **DOUBLE D SOLUTIONS AND** | § | |
| **DEVELOPMENT, LLC** | § | **Chapter 11, Subchapter V** |
| | § | |
| **Debtor.** | § | |

# ORDER GRANTING EXPEDITED HEARING ON MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 11 CASE

**[Related to Docket Nos. 64 and 65]**

On this date came on for consideration the Debtor's Emergency Motion for Expedited Hearing on Motion to Vacate Dismissal Order and Reinstate Chapter 11 Case (the "Expedited Motion"). The Court finds that good cause exists to expedite the hearing and adjust the related deadlines under Federal Rule of Bankruptcy Procedure 9006 and Local Rule 9014-1(e).

**IT IS THEREFORE ORDERED that:**

1. The Expedited Motion is GRANTED as provided in this Order.

2. The hearing on the Debtor's Motion to Vacate Dismissal Order and Reinstate Chapter 11 Case Pursuant to Federal Rule of Bankruptcy Procedure 9024, filed September 8, 2026 [Dkt. No. 64] (the "Reinstatement Motion"), is advanced from September 29, 2026, at 1:30

p.m. to September 15, 2026, at 1:45 p.m. Central Time, in Waco Bankruptcy Courtroom 1, to be considered before the cash-collateral motion [Dkt. No. 8].

3. The September 29 setting in Docket No. 65 is superseded only as to the Reinstatement Motion. The status-conference setting under Docket No. 19 is unchanged. Remote participation is permitted only as authorized by the Court; the hearing notice must include the courtroom and any authorized remote-access information supplied by the Courtroom Deputy.

4. Notice periods for the Reinstatement Motion are shortened to permit this setting. The Debtor shall immediately serve this Order, a notice of the expedited hearing, the Expedited Motion, and the Reinstatement Motion with its proposed order on the United States Trustee, the Subchapter V Trustee, all creditors, all parties requesting notice, and other affected parties. The Debtor shall use CM/ECF where effective and supplement notice by email, facsimile, personal delivery, or other means reasonably calculated to provide immediate notice, with formal service as required by the applicable rules.

5. Any response to the Reinstatement Motion may be filed and served through commencement of the hearing. Parties may also present oral objections at the hearing. Objections concerning the adequacy of notice or time to prepare are reserved.

6. For this reinstatement hearing only, the advance witness-list, exhibit-exchange, and exhibit-delivery deadlines under Local Rule 9014-1(g) and Docket No. 65 are modified. The parties shall provide their witness and exhibit lists and exhibits as soon as practicable after entry of this Order and before the hearing, by the means directed by the Courtroom Deputy.

7. The Debtor shall file a certificate of notice identifying the persons and entities served and the service methods within seven days after service and, in all events, before the date and time of the expedited hearing.

8. This Order governs scheduling and notice only. It does not vacate dismissal, reinstate the case, impose a stay, or authorize use of cash collateral. The merits of the Reinstatement Motion are reserved for separate determination.

###

Submitted by:
**TITTLE SANTIAGO, PLLC**
/s/ Manolo R. Santiago
Manolo R. Santiago
Texas Bar No. 24129258
Email: msantiago@tittlesantiago.com
Brandon J. Tittle
Texas Bar No. 24090436
Email: btittle@tittlesantiago.com
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316 / 863.303.7140