**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765** |
| **DOUBLE D SOLUTIONS AND DEVELOPMENT, LLC** | § | |
| | § | |
| | § | **Chapter 11 (Subchapter V)** |
| **Debtor.** | § | |

**SUBCHAPTER V STATUS CONFERENCE REPORT**
**REQUIRED UNDER 11 U.S.C. § 1188(c)**

Double D Solutions and Development, LLC (the "Debtor") files this report under 11 U.S.C. § 1188(c) and Appendix SubV-2 of the Western District of Texas Subchapter V Procedures for the status conference set for September 29, 2026, at 1:30 p.m. Central Time, in Waco Bankruptcy Courtroom 1. **[Dkt. 19]**. The Debtor commenced this case on August 7, 2026. The September 14, 2026 expedited-hearing order leaves the status-conference setting unchanged. **[Dkt. 70]**.

## NATURE OF BUSINESS

1. The Debtor was formed on July 17, 2018. It provides alteration and remodeling construction services, including custom woodwork and molding, for commercial, private, and municipal customers. Its operations depend on completing customer projects and collecting the resulting receivables.

## LOCATION OF BUSINESS

2. The Debtor operates in the Whitney, Texas area. Its mailing address is P.O. Box 1788, Whitney, Texas 76692. Principal operating address: 176 HCR 2110, Whitney, TX 76692.

## OWNERSHIP OF BUSINESS

3. The Debtor is a limited liability company owned equally by Thomas Dwayne Pavelka (50%) and Rodolfo Elizondo (50%). The Statement of Financial Affairs identifies Mr. Pavelka as Director and Mr. Elizondo as Managing Partner.

## TYPE AND NUMBER OF EMPLOYEES

4. The Debtor employs approximately sixteen (16) individuals (collectively, the "Employee(s)"). Eight (8) employees are working full time (40 hours or more per week), and eight (8) employees are working part time (less than 40 hours per week).

## PRIMARY CAUSE OF THE NECESSITY TO FILE BANKRUPTCY

5. Slow-paying and delinquent customer accounts constrained liquidity and impaired the Debtor's ability to pay obligations as they became due. The Debtor also faced collection proceedings, including those involving G and G Funding Group LLC and Ocean Funding Corp. The case was filed to restructure obligations while preserving the operating business, workforce, and customer relationships.

## FILING OF REQUIRED DOCUMENTS AND COMPLIANCE MATTERS

a. Reviewed Local Sub V Procedures and Mandatory Forms: Yes ☑ No ☐

b. All Schedules and Statements filed: Yes ☑ No ☐

c. Current on all required tax returns: Yes ☑ No ☐

d. Required insurance in place and provided to U.S. trustee: Yes ☑ No ☐

e. Notice of Budget or Cash Collateral Motion filed: Yes ☑ No ☐

f. Commenced payment of Sub V Trustee deposit: Yes ☑ No ☐

g. If you answered "No" to any subsection, briefly explain why the Debtor is not in compliance and the date by which you anticipate resolution of the issue: The declaration

omission underlying dismissal was corrected September 8, 2026. The reinstatement request and its disposition are addressed in paragraph 14.

## GENERAL INFORMATION ABOUT SECURED, PRIORITY AND UNSECURED DEBT

a. Secured Debtor estimated total: $1,093,387

b. Priority Debt estimated total: $5,717.97

c. General Unsecured estimated total: $1,138,493.30

## STATUS OF EMPLOYMENT OF PROFESSIONALS

6. On August 26, 2026, the Debtor filed its *Application to Employ Tittle Santiago, PLLC as Counsel for the Debtor* [Docket No. 55] (the "TS Employment Application"). The Application remains pending. Compensation remains subject to applicable approval and allowance requirements.

## STATUS OF DISCUSSIONS WITH SUBCHAPTER V TRUSTEE

7. Michael James O'Connor was appointed Subchapter V Trustee on August 10, 2026. **[Dkt. 16]**. Counsel conferred with the Trustee concerning reinstatement, and the Trustee advised that he did not oppose that motion. **[Dkt. 64, Certificate of Conference]**. That position does not establish agreement on plan treatment. The Debtor intends to review the operating budget, claims, proposed treatment, and funding with the Trustee and seek his assistance in obtaining creditor agreement.

## STATUS OF CASH COLLATERAL ADEQUATE PROTECTION AND STAY ISSUES

8. The First Interim Cash Collateral Order was entered August 12, 2026. [Dkt. 30]. Its spending authority expired August 28, 2026, at 11:59 p.m. Central Time. A Second Interim Order was granted following reinstatement (pending Order to be entered by the court) and continuation of the final hearing to September 29 at 1:30 p.m. Central Time.

## GOAL FOR REORGANIZATION OF THE BUSINESS

9. The Debtor seeks to preserve its operating business and employment, improve collection of receivables, align expenses with available cash, and restructure debt through a feasible plan. Proposed treatment will address allowed secured and priority claims and distributions to unsecured creditors based on asset values, sustainable operating cash flow, and applicable confirmation requirements. The Debtor seeks consensual confirmation; payment terms and distribution amounts remain to be developed and negotiated.

## FINANCIAL PROJECTIONS SUMMARY

10. Exhibit A reproduces the latest 13-week budget. It covers weeks ending August 14 through November 6, 2026 and uses historical weekly averages. It projects weekly receipts of $32,708.48 and operating disbursements of $30,904.08. Payroll and taxes are $15,392.49 per week; materials and supplies are $10,499.80; and Repairs is $824.74. The Repairs label replaces Other Disbursements / Unclassified without changing its amount.

11. The budget includes $1,500 for the Trustee in each of the weeks ending September 4, October 2, and November 6. across the 13 weeks, it projects approximately $425,210 in receipts, $406,253 in disbursements including $4,500 for the Trustee, and $18,957 in net cash generation. The stated beginning cash is $36,500.00 and projected ending cash is $55,457.13.

## EFFORTS TAKEN AND STATUS OF ACHIEVING A CONSENSUAL PLAN

12. At this time, the Debtor proposes to present a plan in which the Debtor's (i) secured lenders will be paid based on the value of debtors assets, as equal consecutive monthly payments over a period of sixty (60) months based on a cram-down interest rate commencing thirty (30) days after the plan's effective date; and (ii) general unsecured claimants will be paid pro rata based on the Debtor's liquidation value and disposable income, which will be calculated in the Debtor's

sixty (60) months projections. The Debtor has already been in discussions with TFNB, the secured creditor, about these terms and it looks like an agreement will be in place.

**ANY OTHER PERTINENT INFORMATION THAT**
**SHOULD BE BROUGHT TO THE COURT'S ATTENTION**

13. The dismissal order at Docket 58 was entered September 8, 2026, for failure to file the petition declaration. The signed declaration and motion to reinstate were filed that day. [Dkts. 62, 64]. Docket 70 set reinstatement hearing for September 15, 2026, before the cash-collateral hearing. Reinstatement disposition: the case has been reinstated pending the order to be entered.

14. The original section 341 meeting was set for September 9, 2026. [Dkt. 18]. Current meeting status: Needs to be rescheduled. The proposed cash-collateral timetable calls for a monthly projection covering at least 120 days and a proposed final order with redline by September 24, 2026, subject to the Court's actual order. Exhibit A's weekly budget does not replace that separate monthly submission.

Dated: September 15, 2026.

Respectfully submitted,

**TITTLE SANTIAGO, PLLC**

*/s/ Manolo R. Santiago*
Brandon J. Tittle
Texas Bar No. 24090436
Email: btittle@tittlelawpllc.com
Manolo R. Santiago
Texas Bar No. 24129258
Email: msantiago@tittlelawpllc.com
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316

**ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 15, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic transmission facilities upon all parties of record accepting such service, and upon all creditors on the attached Creditors List via first-class mail.

*/s/ Manolo R. Santiago*
Manolo R. Santiago

# EXHIBIT A
# 13 WEEK CASH FLOW BUDGET

Double D Solutions and Development, LLC • Case No. 26-60765-mmp-11
Historical weekly averages • Weeks 1 through 7

| Week Ending | Week 1 08/14/2026 | Week 2 08/21/2026 | Week 3 08/28/2026 | Week 4 09/04/2026 | Week 5 09/11/2026 | Week 6 09/18/2026 | Week 7 09/25/2026 |
|---|---|---|---|---|---|---|---|
| **Beginning Cash** | **$36,500.00** | **$38,304.39** | **$40,108.79** | **$41,913.18** | **$42,217.58** | **$44,021.97** | **$45,826.37** |
| **Receipts** | | | | | | | |
| Payments from Clients | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 |
| Other Receipts / Refunds | $227.84 | $227.84 | $227.84 | $227.84 | $227.84 | $227.84 | $227.84 |
| **Total Receipts** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** |
| **Operating Disbursements** | | | | | | | |
| Bank Service Charges | $2.68 | $2.68 | $2.68 | $2.68 | $2.68 | $2.68 | $2.68 |
| Bookkeeping / Payroll Service | $98.70 | $98.70 | $98.70 | $98.70 | $98.70 | $98.70 | $98.70 |
| Computer / Software / Internet | $58.90 | $58.90 | $58.90 | $58.90 | $58.90 | $58.90 | $58.90 |
| Insurance Expense | $778.13 | $778.13 | $778.13 | $778.13 | $778.13 | $778.13 | $778.13 |
| Materials & Supplies | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 |
| Subcontractors / Contract Labor | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 |
| Payroll Expenses (with taxes) | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 |
| Rent / Storage | $128.85 | $128.85 | $128.85 | $128.85 | $128.85 | $128.85 | $128.85 |
| Utilities | $218.86 | $218.86 | $218.86 | $218.86 | $218.86 | $218.86 | $218.86 |
| Vehicle / Equipment Expense | $505.36 | $505.36 | $505.36 | $505.36 | $505.36 | $505.36 | $505.36 |
| Property Tax / Other Taxes | $711.62 | $711.62 | $711.62 | $711.62 | $711.62 | $711.62 | $711.62 |
| Office / Administrative | $72.24 | $72.24 | $72.24 | $72.24 | $72.24 | $72.24 | $72.24 |
| **Repairs** | **$824.74** | **$824.74** | **$824.74** | **$824.74** | **$824.74** | **$824.74** | **$824.74** |
| **Total Operating Disbursements** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** |
| **Bankruptcy Related Expenses** | | | | | | | |
| Subchapter V Trustee Fees | - | - | - | $1,500.00 | - | - | - |
| **Total Bankruptcy Related Expenses** | **-** | **-** | **-** | **$1,500.00** | **-** | **-** | **-** |
| **Total Disbursements** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$32,404.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** |
| **Net Cash Flow** | **$1,804.39** | **$1,804.39** | **$1,804.39** | **$304.39** | **$1,804.39** | **$1,804.39** | **$1,804.39** |

# EXHIBIT A
# 13 WEEK CASH FLOW BUDGET

Double D Solutions and Development, LLC • Case No. 26-60765-mmp-11
Historical weekly averages • Weeks 8 through 13

| **Week Ending** | **Week 8 10/02/2026** | **Week 9 10/09/2026** | **Week 10 10/16/2026** | **Week 11 10/23/2026** | **Week 12 10/30/2026** | **Week 13 11/06/2026** |
|---|---|---|---|---|---|---|
| **Beginning Cash** | **$47,630.76** | **$47,935.16** | **$49,739.55** | **$51,543.95** | **$53,348.34** | **$55,152.74** |
| **Receipts** | | | | | | |
| Payments from Clients | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 | $32,480.64 |
| Other Receipts / Refunds | $227.84 | $227.84 | $227.84 | $227.84 | $227.84 | $227.84 |
| **Total Receipts** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** | **$32,708.48** |
| **Operating Disbursements** | | | | | | |
| Bank Service Charges | $2.68 | $2.68 | $2.68 | $2.68 | $2.68 | $2.68 |
| Bookkeeping / Payroll Service | $98.70 | $98.70 | $98.70 | $98.70 | $98.70 | $98.70 |
| Computer / Software / Internet | $58.90 | $58.90 | $58.90 | $58.90 | $58.90 | $58.90 |
| Insurance Expense | $778.13 | $778.13 | $778.13 | $778.13 | $778.13 | $778.13 |
| Materials & Supplies | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 | $10,499.80 |
| Subcontractors / Contract Labor | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 | $1,611.73 |
| Payroll Expenses (with taxes) | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 | $15,392.49 |
| Rent / Storage | $128.85 | $128.85 | $128.85 | $128.85 | $128.85 | $128.85 |
| Utilities | $218.86 | $218.86 | $218.86 | $218.86 | $218.86 | $218.86 |
| Vehicle / Equipment Expense | $505.36 | $505.36 | $505.36 | $505.36 | $505.36 | $505.36 |
| Property Tax / Other Taxes | $711.62 | $711.62 | $711.62 | $711.62 | $711.62 | $711.62 |
| Office / Administrative | $72.24 | $72.24 | $72.24 | $72.24 | $72.24 | $72.24 |
| **Repairs** | **$824.74** | **$824.74** | **$824.74** | **$824.74** | **$824.74** | **$824.74** |
| **Total Operating Disbursements** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** |
| **Bankruptcy Related Expenses** | | | | | | |
| Subchapter V Trustee Fees | $1,500.00 | - | - | - | - | $1,500.00 |
| **Total Bankruptcy Related Expenses** | **$1,500.00** | **-** | **-** | **-** | **-** | **$1,500.00** |
| **Total Disbursements** | **$32,404.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$30,904.08** | **$32,404.08** |
| **Net Cash Flow** | **$304.39** | **$1,804.39** | **$1,804.39** | **$1,804.39** | **$1,804.39** | **$304.39** |