**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 16, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-60765-mmp-11** |
| **DOUBLE D SOLUTIONS AND DEVELOPMENT, LLC** | § | |
| | § | |
| | § | **Chapter 11, Subchapter V** |
| **Debtor** | § | |

**ORDER GRANTING DEBTOR'S MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 11 CASE**

CAME ON FOR CONSIDERATION the Debtor's Motion to Vacate Dismissal Order and Reinstate Chapter 11 Case Pursuant to Federal Rule of Bankruptcy Procedure 9024 (the "Motion") filed by Double D Solutions and Development, LLC, debtor and debtor in possession (the "Debtor"). The Court finds that the Petition Declaration has been filed, that the filing deficiency leading to dismissal has been cured, and that the requested relief is appropriate. It is therefore

**ORDERED that:**

1. The Motion is GRANTED.
2. The Order Dismissing Case for Failure to File the Declaration for Electronic Filing entered September 8, 2026 [Docket No. 58] is VACATED.

3. This Chapter 11 case is REINSTATED under Subchapter V, effective upon entry of this Order.

4. The Declaration for Electronic Filing filed at Docket No. 62 is accepted, and the filing deficiency identified in the Dismissal Order is deemed cured.

5. The automatic stay under 11 U.S.C. § 362(a) is in effect prospectively as of entry of this Order. Nothing in this Order determines whether the automatic stay applied during the period between entry of the Dismissal Order and entry of this Order.

6. The Clerk is directed to restore this case to active status.

7. Nothing in this Order determines the validity or effect of acts taken, deadlines that expired, or proceedings occurring during the period between dismissal and reinstatement. The Court may address any remaining scheduling, deadline, or administrative issues by separate order or at a subsequent hearing.

8. The meeting of creditors pursuant to 11 U.S.C. § 341 is rescheduled to September 30, 2026 at 10:00 a.m. Central Time (Telephone: 888-330-1716, passcode: 7659325).

9. The Debtor shall promptly serve a copy of this Order, including notice of the rescheduled meeting of creditors, on all creditors and parties in interest, including the United States Trustee, the Subchapter V Trustee, and all parties requesting notice, in accordance with the applicable Bankruptcy Rules, and shall file a certificate of service with the Court.

# # #

**Submitted by:**
**TITTLE SANTIAGO, PLLC**
*By: /s/ Manolo R. Santiago*
Manolo R. Santiago
Texas Bar No. 24129258
Brandon J. Tittle
Texas Bar No. 24090436
1125 Legacy Drive, Suite 230
Frisco, Texas 75034
Telephone: 972.213.2316 / 863.303.7140
Email: msantiago@tittlesantiago.com
Email: btittle@tittlesantiago.com