**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**GARY WRIGHT**
**ASSISTANT UNITED STATES TRUSTEE**
**903 SAN JACINTO BLVD., ROOM 230**
**AUSTIN, TX 78701**
**Telephone: (512) 916-5329**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DOUBLE D SOLUTIONS AND** | § | **CASE NO. 26-60765-MMP** |
| **DEVELOPMENT, LLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**MICHAEL O'CONNOR**
**THE SPECTRUM BUILDING, 613 NW LOOP 410, SUITE 840**
**SAN ANTONIO, TX 78216**
**Email: subvtrusteesat@gmail.com PH 210-729-6009**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: September 16, 2026

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ Gary Wright*
Gary Wright
Assistant United States Trustee
Texas State Bar No. 24047145
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Phone: (512) 916-5329
gary.wright3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list (not attached to service copies) by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on September 16, 2026.

By: */s/ Gary Wright*
Gary Wright
Assistant United States Trustee
Texas State Bar No. 24047145
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Phone: (512) 916-5329
gary.wright3@usdoj.gov