**Fill in this information to identify the case:**

Debtor Name Double D Solutions & Development LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 26-60765

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 8.7.26 to 8.31.26

Date report filed: 09/21/2026 (MM / DD / YYYY)

Line of business: Remodeling Construction

NAISC code: 3372

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Thomas Dwayne Pavelka

Original signature of responsible party: [signature] Thomas Dwayne Pavelka (Sep 21, 2026 15:10:00 CDT)

Printed name of responsible party: Thomas Dwayne Pavelka

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Double D Solutions & Development LLC Case number 26-60765

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 48,028.64

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. — $ 129,058.17

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. — - $ 86,122.99

22. **Net cash flow** — + $ 42,935.18

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** — = $ 90,963.82

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ 0.00

*(Exhibit E)*

Debtor Name Double D Solutions & Development LLC Case number 26-60765

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 16
27. What is the number of employees as of the date of this monthly report? 16

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 130,833.92 | – | $ 129,058.17 | = | $ 1,775.75 |
| 33. **Cash disbursements** | $ 123,616.40 | – | $ 86,122.99 | = | $ 37,493.41 |
| 34. **Net cash flow** | $ 7,217.52 | – | $ 42,935.18 | = | $ -35,717.66 |

35. Total projected cash receipts for the next month: $ 140,000.00
36. Total projected cash disbursements for the next month: - $ 130,000.00
37. Total projected net cash flow for the next month: = $ 10,000.00

Debtor Name Double D Solutions & Development LLC Case number 26-60765

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Double D Solutions - August 7-31, 2026 Report

*Receipts summary and actual disbursements only*

## Receipts Summary (Bank Deposits and Credits)

| Revenue / Receipt Category | Actual Receipts |
|---|---|
| Payments from Clients | $129,058.17 |
| **Total Receipts** | **$129,058.17** |

## Actual Disbursements

| Expense / Disbursement Category | Actual Disbursements |
|---|---|
| Bank Service Charges | $0.40 |
| Bookkeeping / Payroll Service | $504.15 |
| Computer / Software / Internet | - |
| Insurance Expense | $3,750.67 |
| Materials & Supplies | $17,481.05 |
| Subcontractors / Contract Labor | $5,663.32 |
| Payroll Expenses (with taxes) | $47,726.27 |
| Rent / Storage | - |
| Utilities | $1,103.82 |
| Vehicle / Equipment Expense | $626.12 |
| Property Tax / Other Taxes | - |
| Office / Administrative | $76.23 |
| Repairs | $9,190.96 |
| **Total Disbursements** | **$86,122.99** |

## Bank Statement Reconciliation

| | |
|---|---|
| Beginning Balance | $48,028.64 |
| Total Receipts | $129,058.17 |
| Total Disbursements | $86,122.99 |
| Net Cash Activity | $42,935.18 |
| **Ending Balance** | **$90,963.82** |

FIRST SECURITY STATE BANK

FIRST VOICE
24 Hr. Voice Inquiry
(877) 486-5865

CLIFTON
P.O. Box 69
Clifton, Texas 76634-2022
(254) 675-2265

CRANFILLS GAP
P.O. Box 87
Cranfills Gap, Texas 76637-0087
(254) 597-2286

MERIDIAN
P.O. Box 401
Meridian, Texas 76665
(254) 435-9955

WHITNEY
P.O. Box 2086
Whitney, Texas 76692
(254) 694-3476

1706FIRSTSEC 0001198

*0001198 S6
DOUBLE D SOLUTIONS AND DEVELOPMENT, LL
PO BOX 1788
WHITNEY TX 76692-1788

| | |
|---|---|
| ACCOUNT NUMBER | XXXXXX4228 |
| STATEMENT PERIOD | 7/31/26 - 8/31/26 |
| ENCLOSURES | 101 |
| PAGE | 1 of 12 |

5437F00X.002

## Checking Account Summary - XXXXXX4228

COMMERCIAL XXXXXX4228

| | |
|---|---|
| Beginning Balance | 50,297.39 |
| 2 Deposits | 130,203.17 |
| Other Credits | 0.00 |
| 71 Withdrawals | 78,434.92 |
| 31 Other Debits | 15,662.37 |
| Ending Balance | 86,403.27 |

## Overdraft Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

## Fee Summary

| Item | Amount |
|---|---|
| MAINTENANCE FEE | 7.50 |
| ACTIVITY FEE | 9.90 |
| CREDIT | 17.00 |
| TOTAL FEES IMPOSED | 0.40 |

(LISTED BELOW)

NNNNNN

MailAndE

## Account Credit Transactions

| Date | Description | Amount |
|---|---|---|
| 8/05 | DEPOSIT | 1,145.00 |
| 8/14 | DEPOSIT | 129,058.17 |

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 8/03 | POS:08/01 UNITED RENTALS 2944 BELLMEAD TX | 857.23 |
| 8/03 | WINDSTREAM WSC ACH 0023289804 | 150.10 |
| 8/04 | MedMutualProtect MMPI 2978420510 | 127.15 |
| 8/04 | MedMutualProtect MMPI 2978420516 | 238.82 |
| 8/04 | MedMutualProtect MMPI 2978420300 | 271.40 |
| 8/04 | MedMutualProtect MMPI 2978421140 | 539.04 |
| 8/05 | JJPF Payments eck0804jjp 0604030224 | 2,428.60 |
| 8/06 | POS:08/05 HOMEDEPOT.COM 800-430-3376 GA | 69.01 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**
**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will recredit your account for the amount you think is in error, so that you will have use of money during the time it takes to complete our investigation.

---

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

**YOUR BALANCE**
SHOWN ON THIS STATEMENT $________________

**ADD** + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT $________________

**TOTAL** ________________

**SUBTRACT** - (IF ANY)
CHECKS OUTSTANDING ________________

**BALANCE** $________________

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information
(1) Your name and account number
(2) The dollar amount of the suspected error
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

---

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

FS 3000-BAR (R 6/14)

1706FIRSTSEC 0001198 5439F00X.002 25FDP NNNNNN MailAndE

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 8/06 | POS:08/06 HARBOR FREIGHT TOOLS33 BELLMEAD TX | 70.35 |
| 8/06 | POS:08/06 IN ALTENDORF GROUP AM MOORESVILLE NC | 292.34 |
| 8/10 | POS:08/06 CHEVRON 0381930 WHITNEY TX | 40.00 |
| 8/10 | POS:08/06 THE HOME DEPOT 6532 WACO TX | 66.31 |
| 8/10 | POS:08/06 THE HOME DEPOT 6532 WACO TX | 66.70 |
| 8/13 | POS:08/12 INTUIT QBOOKS ONLINE SAN DIEGO CA | 497.30 |
| 8/13 | INTUIT RETRY PYMT 0025375868 | 6.85 |
| 8/17 | GERMANIA GENERAL CONS COLL 0020325497 | 1,382.66 |
| 8/18 | RESERVE NATIONAL INS PREM 0024490574 | 990.45 |
| 8/19 | POS:08/19 WOOD FINISHERS DEPOT BAYTOWN TX | 1,543.29 |
| 8/19 | JJPF Payments 817ECHECK 0602554511 | 598.87 |
| 8/19 | ENGIE RESOURCES BILL PAY 1110363801 | 1,051.86 |
| 8/24 | POS:08/23 AMAZON PRIME NZ3LE9003 SEATTLE WA | 16.23 |
| 8/24 | POS:08/23 UNITED RENTALS 2944 BELLMEAD TX | 586.12 |
| 8/25 | PROG COUNTY MUT INS PREM 0023530826 | 1,377.56 |
| 8/26 | POS:08/25 THE HOME DEPOT 6532 WACO TX | 163.38 |
| 8/27 | POS:08/26 THE HOME DEPOT 6532 WACO TX | 90.19 |
| 8/28 | POS:08/27 THE HOME DEPOT 6532 WACO TX | 148.30 |
| 8/31 | INTUIT 08699673 TAX 0027729813 | 7.14 |
| 8/31 | IRS USATAXPYMT 6010000682 | 1,984.72 |
| 8/31 | MAINTENANCE FEE | 7.50 |
| 8/31 | ACTIVITY FEE | 9.90 |
| 8/31 | CREDIT | 17.00 |

## Checks

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 08/03 | 5624 | 367.66 | 08/12 | 5694 | 1,110.73 |
| 08/03 | 5625 | 952.06 | 08/14 | 5695 | 485.44 |
| 08/03 | 5628* | 1,110.61 | 08/12 | 5696 | 84.96 |
| 08/03 | 5633* | 1,195.77 | 08/14 | 5697 | 670.06 |
| 08/05 | 5635* | 324.00 | 08/11 | 5698 | 1,906.42 |
| 08/05 | 5636 | 345.96 | 08/14 | 5699 | 77.58 |
| 08/06 | 5643* | 70.00 | 08/19 | 5700 | 589.71 |
| 08/05 | 5648* | 2,025.45 | 08/11 | 5701 | 886.72 |
| 08/03 | 5649 | 100.00 | 08/12 | 5702 | 723.92 |
| 08/03 | 5656* | 1,238.75 | 08/19 | 5705* | 1,440.00 |
| 08/17 | 5659* | 1,288.70 | 08/14 | 5706 | 911.64 |
| 08/17 | 5660 | 506.16 | 08/17 | 5707 | 462.15 |
| 08/19 | 5661 | 193.89 | 08/18 | 5708 | 754.07 |
| 08/19 | 5663* | 9,653.75 | 08/17 | 5709 | 1,229.86 |
| 08/20 | 5664 | 1,343.32 | 08/17 | 5710 | 1,208.75 |
| 08/21 | 5665 | 503.93 | 08/14 | 5711 | 637.31 |
| 08/21 | 5666 | 60.00 | 08/18 | 5712 | 1,110.73 |
| 08/21 | 5668* | 47.53 | 08/19 | 5713 | 670.25 |
| 08/25 | 5669 | 51.96 | 08/14 | 5714 | 118.45 |
| 08/24 | 5670 | 1,226.26 | 08/14 | 5715 | 609.84 |
| 08/21 | 5671 | 781.12 | 08/14 | 5716 | 1,281.36 |
| 08/25 | 5672 | 1,254.81 | 08/14 | 5717 | 77.58 |
| 08/31 | 5674* | 5,749.13 | 08/19 | 5718 | 311.46 |
| 08/12 | 5687* | 1,440.00 | 08/19 | 5719 | 200.00 |
| 08/13 | 5688 | 922.63 | 08/26 | 5721* | 1,440.00 |
| 08/12 | 5691* | 1,177.94 | 08/21 | 5722 | 964.19 |
| 08/11 | 5692 | 1,036.07 | 08/31 | 5723 | 365.79 |
| 08/17 | 5693 | 777.77 | 08/24 | 5724 | 333.59 |

*(*) Denotes missing check numbers*

## Checks (continued)

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 08/24 | 5725 | 1,319.96 | 08/28 | 5737* | 118.45 |
| 08/21 | 5726 | 881.58 | 08/28 | 5738 | 593.08 |
| 08/21 | 5727 | 1,328.48 | 08/28 | 5740* | 1,456.24 |
| 08/28 | 5728 | 390.82 | 08/28 | 5741 | 633.28 |
| 08/21 | 5729 | 1,108.87 | 08/31 | 5742 | 1,196.71 |
| 08/28 | 5731* | 974.31 | 08/28 | 5744* | 576.25 |
| 08/31 | 5733* | 1,147.41 | 08/24 | | 9,190.96 |
| 08/31 | 5735* | 1,110.73 | | | |

*(*) Denotes missing check numbers*

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/03 | 44,325.21 | 8/13 | 28,701.54 | 8/24 | 107,233.93 |
| 8/04 | 43,148.80 | 8/14 | 152,890.45 | 8/25 | 104,549.60 |
| 8/05 | 39,169.79 | 8/17 | 146,034.40 | 8/26 | 102,946.22 |
| 8/06 | 38,668.09 | 8/18 | 143,179.15 | 8/27 | 102,856.03 |
| 8/10 | 38,495.08 | 8/19 | 126,926.07 | 8/28 | 97,965.30 |
| 8/11 | 34,665.87 | 8/20 | 125,582.75 | 8/31 | 86,403.27 |
| 8/12 | 30,128.32 | 8/21 | 119,907.05 | | |

0001198 1706FIRSTSEC 5440F00X.002 25FDP

MailAndE NNNNNN 25FDP 5441F00X.002 1706FIRSTSEC 0001198

CHECKING DEPOSIT Teller # 7
8/5/2026
CASH $ 0.00
CHECK $ 1,145.00
Customer Name DOUBLE D SOLUTIONS AND DEVELOPMENT LLC
SUB TOTAL $ 1,145.00
Acct Num: 50034228
LESS CASH $ 0.00
Comment
$ 1,145.00

Deposit: 0 Date: 8/5/2026 Amount: $1145.00

DEPOSIT TICKET
DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
88-1016/1119
CASH
CHECKS: 632712 125492.90; 21255 3,565.27
CHECKS OR TOTAL FROM OTHER SIDE
SUB TOTAL
LESS CASH
NET DEPOSIT $ 129,058.17
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286

Deposit: 0 Date: 8/14/2026 Amount: $129058.17

PRE-AUTHORIZED DRAFT 08-24-2026
Draft Drawn by Double D Solutions & Development (Thomas Pavella) 9190.96 AMOUNT
Purpose Cashier Check By Cw VB
50034228 ACCOUNT NUMBER
FIRST SECURITY STATE BANK
P.O. Box 87 • (254) 597-2286
Cranfills, Gap, Texas 76637

Number: 0 Date: 8/24/2026 Amount: $9190.96

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5624
July 31, 2026
Pay to the order of Katie Foster $367.66
Three hundred sixty-seven dollars + 66/100 Dollars
For payroll + office supplies

Number: 5624 Date: 8/3/2026 Amount: $367.66

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5625
July 31, 2026
Pay to the order of Daniel Locke $952.06
Nine hundred fifty-two dollars + 06/100 Dollars
For payroll

Number: 5625 Date: 8/3/2026 Amount: $952.06

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5628
July 31, 2026
Pay to the order of Lee Proctor $1,110.61
One thousand one hundred ten dollars + 61/100 Dollars
For payroll

Number: 5628 Date: 8/3/2026 Amount: $1110.61

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5633
July 31, 2026
Pay to the order of Eddie Guerra $1,195.77
One thousand one hundred ninety-five + 77/100 Dollars
For payroll

Number: 5633 Date: 8/3/2026 Amount: $1195.77

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5635
July 31, 2026
Pay to the order of Eagle Eye Construction $324.00
Three hundred twenty-four dollars + 00/100 Dollars
For payroll

Number: 5635 Date: 8/5/2026 Amount: $324.00

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5636
18595398 254-205-1749
July 31, 2026
Pay to the order of Brandon Griffith $345.96
Three hundred forty-five dollars + 96/100 Dollars
For payroll

Number: 5636 Date: 8/5/2026 Amount: $345.96

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5643
7-21-2026
Pay to the order of KHBC $70 00/100
Seventy dollars 00/100 Dollars
For

Number: 5643 Date: 8/6/2026 Amount: $70.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5648
88-1016/1119 04
Date 7-21-2026
PAY to the order of Finishers Depot $ 2025 45/xx
Two Thousand Twenty-five 45/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5648⑈50034228⑈

Number: 5648 Date: 8/5/2026 Amount: $2025.45


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5649
88-1016/1119 04
Date 7-21-2026
PAY to the order of Frantzcholod Millwork $ 100 00/xx
One Hundred dollars 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5649⑈50034228⑈

Number: 5649 Date: 8/3/2026 Amount: $100.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5656
88-1016/1119 04
Date 7-24-26
PAY to the order of Whitney Independent School District $ 1238 75/xx
One Thousand Two Hundred Thirty-eight 75/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5656⑈50034228⑈

Number: 5656 Date: 8/3/2026 Amount: $1238.75


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5659
88-1016/1119 04
Date 8/14/2026
PAY to the order of Eddie Guerra $ 1288 70/xx
One Thousand Two Hundred Eighty-eight 70/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5659⑈50034228⑈

Number: 5659 Date: 8/17/2026 Amount: $1288.70


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5660
88-1016/1119 04
Date 8/14/2026
PAY to the order of Billy Osborn $ 506 16
Five hundred six dollars 16/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5660⑈50034228⑈

Number: 5660 Date: 8/17/2026 Amount: $506.16


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5661
88-1016/1119 04
Date 8-17-26
PAY to the order of Tuckers $ 193 89/xx
One Hundred Ninety-three 89/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5661⑈50034228⑈

Number: 5661 Date: 8/19/2026 Amount: $193.89


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5663
88-1016/1119 04
Date 8/18/2026
PAY to the order of Pavelka Custom Millwork $ 9653 75/xx
Nine Thousand Six hundred Fifty three 75/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5663⑈50034228⑈

Number: 5663 Date: 8/19/2026 Amount: $9653.75


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5664
88-1016/1119 04
Date 8/18/26
PAY to the order of Active Solutions Technology $ 1343 32/xx
One Thousand Three hundred Forty three 32/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5664⑈50034228⑈

Number: 5664 Date: 8/20/2026 Amount: $1343.32


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5665
88-1016/1119 04
Date 8/19/26
PAY to the order of Kenneth Roffins $ 503 93
Five hundred three dollars 93/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5665⑈50034228⑈

Number: 5665 Date: 8/21/2026 Amount: $503.93


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5666
88-1016/1119 04
Date 8/19/26
PAY to the order of Hill Co $ 60 00/xx
Sixty dollars 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5666⑈50034228⑈

Number: 5666 Date: 8/21/2026 Amount: $60.00

25FDP 5442F00X.002 1706FIRSTSEC 0001198

MailAndE NNNNNN 25FDP 5443F00X.002 1706FIRSTSEC 0001198


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5668
88-1016/1119 04
Date 8/19/26
Pay to the order of Hilco $ 47 53/xx
Fourty-seven 53/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5668⑈50034228⑈

Number: 5668 Date: 8/21/2026 Amount: $47.53


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5669
88-1016/1119 04
Date 8/19/26
Pay to the order of Dixie LP Gas $ 51 96/xx
Fifty one dollar 96/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5669⑈50034228⑈

Number: 5669 Date: 8/25/2026 Amount: $51.96


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5670
88-1016/1119 04
Date August 21, 2026
Pay to the order of Eddie Guerra $ 1,226 26
One thousand two hundred twenty-six dollars 26/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5670⑈50034228⑈

Number: 5670 Date: 8/24/2026 Amount: $1226.26


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5671
88-1016/1119 04
Date August 21, 2026
Pay to the order of Billy Osborn $ 781 12
Seven hundred eighty-one dollars + 12/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5671⑈50034228⑈

Number: 5671 Date: 8/21/2026 Amount: $781.12


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5672
88-1016/1119 04
Date 8/24/26
Pay to the order of Dakota's $ 1,254.81
One thousand two hundred fifty four 81/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5672⑈50034228⑈

Number: 5672 Date: 8/25/2026 Amount: $1254.81


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5674
88-1016/1119 04
Date 8/28/2026
Pay to the order of Pavelka Auto - Millwork & Services $ 5,749 13/xx
Five thousand seven hundred forty-nine 13/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5674⑈50034228⑈

Number: 5674 Date: 8/31/2026 Amount: $5749.13


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5687
88-1016/1119 04
Date August 7, 2026
Pay to the order of Eagle Eye Construction $ 1,440 00
One thousand four hundred forty dollars 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5687⑈50034228⑈

Number: 5687 Date: 8/12/2026 Amount: $1440.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5688
88-1016/1119 04
Date August 7, 2026
Pay to the order of Michael Aagesen $ 922 63
Nine hundred twenty-two dollars + 63/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5688⑈50034228⑈

Number: 5688 Date: 8/13/2026 Amount: $922.63


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5691
Date August 7, 2026
Pay to the order of Daniel Locke $ 1,177 94
One thousand one hundred seventy-seven + 94/100
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5691⑈50034228⑈

Number: 5691 Date: 8/12/2026 Amount: $1177.94


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5692
Date August 7, 2026
Pay to the order of Dylan Locke $ 1,036 07
One thousand thirty-six dollars + 07/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5692⑈50034228⑈

Number: 5692 Date: 8/11/2026 Amount: $1036.07


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5693 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Kenan Mandrell — $ 777.77
Seven hundred seventy-seven dollars + 77/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5693⑈500342281⑈

Number: 5693 Date: 8/17/2026 Amount: $777.77


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5694 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Lee Proctor — $ 1,110.73
One thousand one hundred ten dollars + 73/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5694⑈500342281⑈

Number: 5694 Date: 8/12/2026 Amount: $1110.73


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5695 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Kenneth Robbins — $ 485.44
Four hundred eighty-five dollars + 44/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5695⑈500342281⑈

Number: 5695 Date: 8/14/2026 Amount: $485.44


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5696 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Colt Thompson — $ 84.96
Eighty-four dollars + 96/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5696⑈500342281⑈

Number: 5696 Date: 8/12/2026 Amount: $84.96


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5697 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: David Thompson — $ 673.06
Six hundred seventy-three dollars + 06/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5697⑈500342281⑈

Number: 5697 Date: 8/14/2026 Amount: $670.06


*111910160*
08/11/2026
3432613131
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON-B
UNCOLLECTED FUNDS
[111910160] 08/07/2026 1675420
DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5698
Date: August 7, 2026
Pay to the order of: Sharon Weldon — $ 1906.42
One thousand nine hundred six dollars + 42/100 Dollars
For: payroll
⑆111910160⑆ 5698⑈500342281⑈
⑈5698⑈ ⑆111910160⑆ 500342281⑈ ⑈0000190642⑈

Number: 5698 Date: 8/11/2026 Amount: $1906.42


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5699 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Roxanne Wood — $ 77.58
Seventy-seven dollars + 58/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5699⑈500342281⑈

Number: 5699 Date: 8/14/2026 Amount: $77.58


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5700 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Hayden McLuckan — $ 589.71
Five hundred eighty-nine dollars + 71/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5700⑈500342281⑈

Number: 5700 Date: 8/19/2026 Amount: $589.71


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5701 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Billy Osborn — $ 886.72
Eight hundred eighty-six dollars + 72/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5701⑈500342281⑈

Number: 5701 Date: 8/11/2026 Amount: $886.72


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC, P.O. BOX 1788, WHITNEY, TX 76692 — 5702 — 88-1016/1119 04
Date: August 7, 2026
Pay to the order of: Brandon Griffith — $ 723.92
Seven hundred twenty-three dollars + 92/100 Dollars
FSSB FIRST SECURITY STATE BANK — Clifton - Cranfills Gap - Meridian - Whitney — P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For: payroll
⑆111910160⑆ 5702⑈500342281⑈

Number: 5702 Date: 8/12/2026 Amount: $723.92

0001198 1706FIRSTSEC 5444F00X.002 25FDP

MailAndE NNNNNN 25FDP 5445F00X.002 1706FIRSTSEC 0001198


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5705
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Eagle Eye Construction $1,440.00
One thousand four hundred forty dollars +00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5705 50034228

Number: 5705 Date: 8/19/2026 Amount: $1440.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5706
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Michael Aagesen $911.64
Nine hundred eleven dollars +64/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5706 50034228

Number: 5706 Date: 8/14/2026 Amount: $911.64


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5707
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Charles Baker $462.15
Four hundred sixty-two dollars +15/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5707 50034228

Number: 5707 Date: 8/17/2026 Amount: $462.15


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5708
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Katie Foster $754.07
Seven hundred fifty-four dollars +07/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5708 50034228

Number: 5708 Date: 8/18/2026 Amount: $754.07


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5709
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Daniel Locke $1229.86
One thousand two hundred twenty-nine +86/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5709 50034228

Number: 5709 Date: 8/17/2026 Amount: $1229.86


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5710
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Dillon Locke $1,208.75
One thousand two hundred eight dollars +75/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5710 50034228

Number: 5710 Date: 8/17/2026 Amount: $1208.75


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5711
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Kenan Mandrell $637.31
Six hundred thirty-seven dollars +31/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5711 50034228

Number: 5711 Date: 8/14/2026 Amount: $637.31


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5712
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Cory Proctor $1,110.73
One thousand one hundred ten dollars +73/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5712 50034228

Number: 5712 Date: 8/18/2026 Amount: $1110.73


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5713
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Kenneth Robbins $670.25
Six hundred seventy dollars + 25/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5713 50034228

Number: 5713 Date: 8/19/2026 Amount: $670.25


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5714
88-1016/1119 04
8/14/26 Date
AUTISM SPEAKS
Pay to the order of Colt Thompson $118.45
One hundred eighteen dollars +45/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
111910160 5714 50034228

Number: 5714 Date: 8/14/2026 Amount: $118.45

Number: 5715 Date: 8/14/2026 Amount: $609.84

Number: 5716 Date: 8/14/2026 Amount: $1281.36

Number: 5717 Date: 8/14/2026 Amount: $77.58

Number: 5718 Date: 8/19/2026 Amount: $311.46

Number: 5719 Date: 8/19/2026 Amount: $200.00

Number: 5721 Date: 8/26/2026 Amount: $1440.00

Number: 5722 Date: 8/21/2026 Amount: $964.19

Number: 5723 Date: 8/31/2026 Amount: $365.79

Number: 5724 Date: 8/24/2026 Amount: $333.59

Number: 5725 Date: 8/24/2026 Amount: $1319.96

25FDP 5446F00X.002 1706FIRSTSEC 0001198

MailAndE NNNNNN 25FDP 5447F00X.002 1706FIRSTSEC 0001198




Number: 5726 Date: 8/21/2026 Amount: $881.58




Number: 5727 Date: 8/21/2026 Amount: $1328.48




Number: 5728 Date: 8/28/2026 Amount: $390.82




Number: 5729 Date: 8/21/2026 Amount: $1108.87




Number: 5731 Date: 8/28/2026 Amount: $974.31




Number: 5733 Date: 8/31/2026 Amount: $1147.41




Number: 5735 Date: 8/31/2026 Amount: $1110.73




Number: 5737 Date: 8/28/2026 Amount: $118.45




Number: 5738 Date: 8/28/2026 Amount: $593.08




Number: 5740 Date: 8/28/2026 Amount: $1456.24




Number: 5741 Date: 8/28/2026 Amount: $633.28




Number: 5742 Date: 8/31/2026 Amount: $1196.71




Number: 5744 Date: 8/28/2026 Amount: $576.25

5448F00X.002 1706FIRSTSEC 0001198
25FDP

TFNB Your Bank for Life
P.O. Box 387 • McGregor, Texas 76657
254/840-2836 • www.tfnbtx.com
Member FDIC

DOUBLE D
SOLUTIONS & DEVELOPMENT LLC
PO BOX 1788
WHITNEY TX 76692-1788

Statement Date: **08/31/2026** Account No.: **XXX9647** Page: **1**

## COMMERCIAL ACCOUNT SUMMARY

**Type : REG Status : Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/26 | | 9,360.55 |
| Debits | 1 | 20.00 |
| Automatic Withdrawals | 1 | 4,800.00 |
| Ending Balance On 08/31/26 | | 4,540.55 |
| **Average Balance (Ledger)** | **8,116.67+** | |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/24/26 | TRANSFER TO LOANS 46570- 20020 | 4,800.00 |

## CHECKS AND OTHER DEBITS

*** indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/24/26 | 0 | 20.00 | | | | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/26 was 9,360.55

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/24/26 | 4,540.55 | | | | |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| | | |
|---|---|---|
| Fees Refunded | $0.00 | $0.00 |
| Fees Waived | $0.00 | $0.00 |

Your Bank for Life
P.O. Box 387 • McGregor, Texas 76657
254/840-2836 • www.tfnbtx.com
Member FDIC

Statement Date: **08/31/2026** Account No.: **XXX647** Page: **2**

**This Statement Cycle Reflects 31 Days**

HTTPS://WWW.TFNBTX.COM/COMMERCIAL-ACCOUNTS-DISCLOSURE/
CLICK LINK FOR IMPORTANT NOTICE ABOUT THE CHANGE FOR
DEBIT CARD TRANSACTIONS THAT WILL
TAKE EFFECT NOVEMBER 1, 2022.

**Direct Inquiries About Electronic Entries To:**
Phone: (254) 840-2836

Your Bank for Life

| | | | |
|---|---|---|---|
| **DOUBLE D** | | **Bank :** | **689** |
| **Account No. :** | **XXX9647** | **Images :** | **1** |
| **Stmt. Date :** | **08/31/2026** | **Page :** | **3** |

## IMAGE STATEMENT

AM: 20.00 CK: DT: 08/24 SQ: 60200480 Paid

**End Statement** **4/2665/3E**

# MOR_August 2026_Full_unsigned_Double D Solutions

Final Audit Report 2026-09-21

| | |
|---|---|
| Created: | 2026-09-21 |
| By: | Manolo Santiago (msantiago@tittlelawpllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAticXgCR9DlU0i2C3QKAuvjAXWUe70g0Z |

## "MOR_August 2026_Full_unsigned_Double D Solutions" History

Document created by Manolo Santiago (msantiago@tittlelawpllc.com)
2026-09-21 - 7:53:33 PM GMT

Document emailed to Thomas Dwayne Pavelka (pavair14@outlook.com) for signature
2026-09-21 - 7:53:44 PM GMT

Email viewed by Thomas Dwayne Pavelka (pavair14@outlook.com)
2026-09-21 - 8:09:16 PM GMT

Document e-signed by Thomas Dwayne Pavelka (pavair14@outlook.com)
Signature Date: 2026-09-21 - 8:10:00 PM GMT - Time Source: server - Signature Appearance Selected: DRAW

Agreement completed.
2026-09-21 - 8:10:00 PM GMT

Adobe Acrobat Sign