**Fill in this information to identify the case:**

Debtor Name Double D Solutions & Development LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 26-60765

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 9.1.26 to 9.30.26

Date report filed: 10/20/2026 MM / DD / YYYY

Line of business: Remodeling Construction

NAISC code: 3372

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Thomas Dwayne Pavelka

Original signature of responsible party: [signature] Thomas Dwayne Pavelka (Oct 20, 2026 16:35:52 CDT)

Printed name of responsible party: Thomas Dwayne Pavelka

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Double D Solutions & Development LLC Case number 26-60765

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 90,943.82

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 98,084.70

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 132,394.57

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. - $ 34,309.87
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 56,633.95

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Double D Solutions & Development LLC Case number 26-60765

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 16
27. What is the number of employees as of the date of this monthly report? 16

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's | – | Column B **Actual** Copy lines 20-22 of this report | = | *Column C* **Difference** Subtract Column B from Column A |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 140,000.00 | - | $ 98,084.70 | = | $ 41,915.30 |
| 33. **Cash disbursements** | $ 130,000.00 | - | $ 132,394.57 | = | $ -2,394.57 |
| 34. **Net cash flow** | $ 10,000.00 | - | $ -34,309.87 | = | $ 44,309.87 |

35. Total projected cash receipts for the next month: $ 140,000.00
36. Total projected cash disbursements for the next month: - $ 130,125.01
37. Total projected net cash flow for the next month: = $ 9,874.99

Debtor Name Double D Solutions & Development LLC  Case number 26-60765

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT A

## Explanations for Questionnaire Answers and Cash Reconciliation

**Question 5 - Deposit Accounts.** During September 2026, the Debtor used its existing operating accounts at First Security State Bank ending in 4228 and The First National Bank ending in 9647. Both accounts are included in this report. Customer receipts of $98,084.70 were deposited into the FSSB account. A $6,000.00 transfer from FSSB to TFNB is excluded from consolidated receipts and disbursements.

**Opening Cash Reconciliation.** The combined August 31, 2026 bank balances were $90,943.82, consisting of $86,403.27 at FSSB and $4,540.55 at TFNB. The August Monthly Operating Report reported $90,963.82. This September report uses the actual combined bank balances and therefore corrects the prior $20.00 difference.

# EXHIBIT B

## Explanation for Question 10

**Question 10 - Other Bank Accounts.** The Debtor maintained the FSSB account ending in 4228 and the TFNB account ending in 9647 during the reporting period. Both accounts and all September activity reflected in the supplied statements are included in this Monthly Operating Report.

# EXHIBIT C

## September 2026 Cash Receipts

| Date | Account | Description | Included Amount |
|---|---|---|---|
| 09/18/2026 | FSSB x4228 | Payments from clients | $98,084.70 |
| 09/02/2026 | TFNB x9647 | Interaccount transfer from FSSB x4228 - excluded | - |
| | | **Total Cash Receipts** | **$98,084.70** |

# EXHIBIT D

## September 2026 Cash Disbursements

| Date | Account | Reference | Payee / Description | Purpose | Amount |
|---|---|---|---|---|---|
| 09/01/26 | FSSB x4228 | ACH | Medical Mutual Protect | Insurance Expense | $127.15 |
| 09/01/26 | FSSB x4228 | ACH | Medical Mutual Protect | Insurance Expense | $238.82 |
| 09/01/26 | FSSB x4228 | ACH | Medical Mutual Protect | Insurance Expense | $271.40 |
| 09/01/26 | FSSB x4228 | ACH | Medical Mutual Protect | Insurance Expense | $539.04 |
| 09/01/26 | FSSB x4228 | Check 5677 | Wood Finisher Depot | Materials & Supplies | $6,912.47 |
| 09/01/26 | FSSB x4228 | Check 5732 | Employee payroll check | Payroll Expenses (with taxes) | $347.44 |
| 09/01/26 | FSSB x4228 | Check 5743 | Employee payroll check | Payroll Expenses (with taxes) | $294.48 |
| 09/02/26 | FSSB x4228 | Check 5673 | U.S. Treasury - payroll taxes | Payroll Expenses (with taxes) | $2,905.52 |
| 09/02/26 | FSSB x4228 | Check 5730 | Eagle Eye Construction | Subcontractors / Contract Labor | $1,584.00 |
| 09/02/26 | FSSB x4228 | Debit card | PDFBilling.com | Computer / Software / Internet | $49.95 |
| 09/03/26 | FSSB x4228 | ACH | Windstream | Computer / Software / Internet | $150.10 |
| 09/03/26 | FSSB x4228 | Check 5675 | Double D Solutions - transfer to TFNB x9647 | Internal Transfer - excluded from consolidated total | - |
| 09/03/26 | FSSB x4228 | E-check | JJPF Payments | Debt / Financing Payments | $2,428.60 |
| 09/04/26 | FSSB x4228 | Check 5678 | Miller Industrial LLC | Materials & Supplies | $4,670.00 |
| 09/04/26 | FSSB x4228 | Check 5746 | Employee payroll check | Payroll Expenses (with taxes) | $863.43 |
| 09/04/26 | FSSB x4228 | Check 5749 | Employee payroll check | Payroll Expenses (with taxes) | $812.88 |
| 09/04/26 | FSSB x4228 | Check 5750 | Employee payroll check | Payroll Expenses (with taxes) | $1,110.73 |
| 09/04/26 | FSSB x4228 | Check 5752 | Employee payroll check | Payroll Expenses (with taxes) | $118.43 |
| 09/04/26 | FSSB x4228 | Check 5753 | Employee payroll check | Payroll Expenses (with taxes) | $593.08 |
| 09/04/26 | FSSB x4228 | Check 5754 | Employee payroll check | Payroll Expenses (with taxes) | $181.01 |
| 09/04/26 | FSSB x4228 | Check 5755 | Employee payroll check | Payroll Expenses (with taxes) | $1,209.24 |
| 09/04/26 | FSSB x4228 | Check 5756 | Employee payroll check | Payroll Expenses (with taxes) | $928.96 |
| 09/04/26 | FSSB x4228 | Debit card | The Home Depot | Materials & Supplies | $63.79 |
| 09/04/26 | TFNB x9647 | DDA debit | Cash withdrawal / owner distribution | Owner Distribution / Draw | $2,500.00 |
| 09/08/26 | FSSB x4228 | Check 5747 | Employee payroll check | Payroll Expenses (with taxes) | $376.83 |
| 09/08/26 | FSSB x4228 | Check 5748 | Employee payroll check | Payroll Expenses (with taxes) | $1,269.57 |
| 09/08/26 | FSSB x4228 | Check 5758 | Employee payroll check | Payroll Expenses (with taxes) | $1,240.58 |
| 09/08/26 | FSSB x4228 | Debit card | The Home Depot | Materials & Supplies | $43.24 |
| 09/08/26 | FSSB x4228 | Debit card | United Rentals | Vehicle / Equipment Expense | $352.79 |
| 09/09/26 | FSSB x4228 | Check 5679 | KHBR / LW RV Park & Mini Warehouse | Rent / Storage | $600.00 |
| 09/09/26 | FSSB x4228 | Check 5745 | Eagle Eye Construction | Subcontractors / Contract Labor | $1,368.00 |
| 09/09/26 | FSSB x4228 | Check 5751 | Employee payroll check | Payroll Expenses (with taxes) | $494.70 |
| 09/09/26 | FSSB x4228 | Check 5757 | Employee payroll check | Payroll Expenses (with taxes) | $765.07 |
| 09/10/26 | FSSB x4228 | Check 5676 | Michael J. O'Connor - Subchapter V Trustee | Subchapter V Trustee Fees | $1,500.00 |
| 09/10/26 | FSSB x4228 | Debit card | The Home Depot | Materials & Supplies | $58.12 |
| 09/11/26 | FSSB x4228 | Check 5682 | Employee payroll check | Payroll Expenses (with taxes) | $168.00 |
| 09/11/26 | FSSB x4228 | Check 5764 | Employee payroll check | Payroll Expenses (with taxes) | $1,110.72 |
| 09/11/26 | FSSB x4228 | Check 5768 | Employee payroll check | Payroll Expenses (with taxes) | $1,229.00 |
| 09/11/26 | FSSB x4228 | Check 5770 | Employee payroll check | Payroll Expenses (with taxes) | $983.95 |
| 09/11/26 | FSSB x4228 | Check 5771 | Employee payroll check | Payroll Expenses (with taxes) | $108.68 |
| 09/11/26 | FSSB x4228 | Check 5772 | Employee payroll check | Payroll Expenses (with taxes) | $842.69 |
| 09/11/26 | FSSB x4228 | Debit card | The Home Depot | Materials & Supplies | $62.51 |
| 09/14/26 | FSSB x4228 | ACH | Intuit QuickBooks Online | Bookkeeping / Payroll Service | $563.91 |

| Date | Account | Reference | Payee / Description | Purpose | Amount |
|---|---|---|---|---|---|
| 09/14/26 | FSSB x4228 | ACH | Intuit payroll tax debit | Payroll Expenses (with taxes) | $17.88 |
| 09/14/26 | FSSB x4228 | ACH | IRS USA tax payment | Payroll Expenses (with taxes) | $2,376.56 |
| 09/14/26 | FSSB x4228 | Check 5681 | Employee payroll check | Payroll Expenses (with taxes) | $1,472.04 |
| 09/14/26 | FSSB x4228 | Check 5762 | Employee payroll check | Payroll Expenses (with taxes) | $1,026.47 |
| 09/14/26 | FSSB x4228 | Check 5765 | Employee payroll check | Payroll Expenses (with taxes) | $596.34 |
| 09/14/26 | FSSB x4228 | Debit card | PDFBilling.com | Computer / Software / Internet | $49.95 |
| 09/14/26 | FSSB x4228 | Debit card | The Home Depot | Materials & Supplies | $166.86 |
| 09/15/26 | FSSB x4228 | Check 5680 | Corporate payee unclear from check image | Other Disbursements / Unclassified | $2,781.40 |
| 09/15/26 | FSSB x4228 | Check 5683 | Employee payroll check | Payroll Expenses (with taxes) | $716.86 |
| 09/15/26 | FSSB x4228 | Check 5761 | Employee payroll check | Payroll Expenses (with taxes) | $411.42 |
| 09/15/26 | FSSB x4228 | Check 5773 | Employee payroll check | Payroll Expenses (with taxes) | $35.44 |
| 09/15/26 | FSSB x4228 | Debit card | Wood Finishers Depot | Materials & Supplies | $1,507.72 |
| 09/16/26 | FSSB x4228 | ACH | Reserve National Insurance | Insurance Expense | $990.45 |
| 09/16/26 | FSSB x4228 | Check 5769 | Construction vendor / subcontractor | Subcontractors / Contract Labor | $1,296.00 |
| 09/17/26 | FSSB x4228 | Check 5684 | Employee payroll check | Payroll Expenses (with taxes) | $572.64 |
| 09/17/26 | FSSB x4228 | Check 5685 | Employee payroll check | Payroll Expenses (with taxes) | $37.53 |
| 09/17/26 | FSSB x4228 | Check 5686 | Employee payroll check | Payroll Expenses (with taxes) | $30.00 |
| 09/17/26 | FSSB x4228 | E-check | JJPF Payments | Debt / Financing Payments | $598.87 |
| 09/18/26 | FSSB x4228 | Check 5775 | Employee payroll check | Payroll Expenses (with taxes) | $1,137.75 |
| 09/18/26 | FSSB x4228 | Check 5777 | Employee payroll check | Payroll Expenses (with taxes) | $1,018.98 |
| 09/18/26 | FSSB x4228 | Check 5778 | Employee payroll check | Payroll Expenses (with taxes) | $1,120.61 |
| 09/18/26 | FSSB x4228 | Check 5783 | Employee payroll check | Payroll Expenses (with taxes) | $1,604.44 |
| 09/21/26 | FSSB x4228 | ACH | Intuit payroll tax debit | Payroll Expenses (with taxes) | $8.57 |
| 09/21/26 | FSSB x4228 | ACH | IRS USA tax payment | Payroll Expenses (with taxes) | $2,154.74 |
| 09/21/26 | FSSB x4228 | Check 5776 | Employee payroll check | Payroll Expenses (with taxes) | $1,300.10 |
| 09/21/26 | FSSB x4228 | Check 5779 | Employee payroll check | Payroll Expenses (with taxes) | $1,593.22 |
| 09/21/26 | FSSB x4228 | Check 5781 | Employee payroll check | Payroll Expenses (with taxes) | $376.83 |
| 09/21/26 | FSSB x4228 | Check 5997 | Pavelka Custom Millwork & Finishing LLC | Materials & Supplies | $8,217.66 |
| 09/22/26 | FSSB x4228 | Bill pay | Engie Resources | Utilities | $1,196.20 |
| 09/22/26 | FSSB x4228 | Bill pay | White River | Debt / Financing Payments | $6,854.63 |
| 09/22/26 | FSSB x4228 | Check 5780 | Employee payroll check | Payroll Expenses (with taxes) | $684.72 |
| 09/22/26 | FSSB x4228 | Check 5782 | Employee payroll check | Payroll Expenses (with taxes) | $485.44 |
| 09/22/26 | FSSB x4228 | Check 5996 | Dakota Premium Hardwoods / Dakota | Materials & Supplies | $3,230.67 |
| 09/22/26 | FSSB x4228 | Debit card | Hartville Hardware | Materials & Supplies | $1,321.92 |
| 09/23/26 | FSSB x4228 | ACH | Intuit payroll tax debit | Payroll Expenses (with taxes) | $6.80 |
| 09/23/26 | FSSB x4228 | ACH | Progressive County Mutual Insurance | Insurance Expense | $1,510.66 |
| 09/23/26 | FSSB x4228 | ACH | IRS USA tax payment | Payroll Expenses (with taxes) | $2,469.17 |
| 09/23/26 | FSSB x4228 | Check 5774 | Eagle Eye Construction | Subcontractors / Contract Labor | $1,260.00 |
| 09/23/26 | FSSB x4228 | Check 5999 | Eagle Auto | Vehicle / Equipment Expense | $200.00 |
| 09/23/26 | FSSB x4228 | Debit card | Amazon Prime | Office / Administrative | $16.23 |
| 09/23/26 | FSSB x4228 | Debit card | Woodworker Express | Materials & Supplies | $324.11 |
| 09/24/26 | TFNB x9647 | Automatic withdrawal | Transfer to loan 46570-20020 | Secured Loan Payments | $4,800.00 |
| 09/25/26 | FSSB x4228 | Check 5789 | Employee payroll check | Payroll Expenses (with taxes) | $1,110.72 |
| 09/25/26 | FSSB x4228 | Check 5790 | Employee payroll check | Payroll Expenses (with taxes) | $1,485.88 |
| 09/25/26 | FSSB x4228 | Check 5797 | Employee payroll check | Payroll Expenses (with taxes) | $1,207.53 |
| 09/25/26 | FSSB x4228 | Check 5798 | Employee payroll check | Payroll Expenses (with taxes) | $1,058.91 |
| 09/28/26 | FSSB x4228 | Check 5788 | Employee payroll check | Payroll Expenses (with taxes) | $1,002.06 |
| 09/28/26 | FSSB x4228 | Check 5791 | Employee payroll check | Payroll Expenses (with taxes) | $765.07 |

| Date | Account | Reference | Payee / Description | Purpose | Amount |
|---|---|---|---|---|---|
| 09/28/26 | FSSB x4228 | Check 5792 | Employee payroll check | Payroll Expenses (with taxes) | $1,447.55 |
| 09/28/26 | FSSB x4228 | Check 5793 | Employee payroll check | Payroll Expenses (with taxes) | $818.10 |
| 09/28/26 | FSSB x4228 | Debit card | The Home Depot | Materials & Supplies | $32.44 |
| 09/29/26 | FSSB x4228 | Check 6001 | The Wood Gallery | Materials & Supplies | $4,691.74 |
| 09/29/26 | FSSB x4228 | Debit card | Rejuvenation E-Commerce | Materials & Supplies | $14,309.96 |
| 09/30/26 | FSSB x4228 | Bank fees | Maintenance and activity fees, net of fee credit | Bank Service Charges | $3.90 |
| 09/30/26 | FSSB x4228 | Check 5785 | Eagle Eye Construction | Subcontractors / Contract Labor | $1,512.00 |
| 09/30/26 | FSSB x4228 | Check 5795 | Employee payroll check | Payroll Expenses (with taxes) | $497.50 |
| 09/30/26 | FSSB x4228 | Check 5796 | Employee payroll check | Payroll Expenses (with taxes) | $499.93 |
| 09/30/26 | FSSB x4228 | Check 6000 | Wood Finisher Depot | Materials & Supplies | $2,334.52 |
| | | | | **Total Cash Disbursements** | **$132,394.57** |

# EXHIBIT E

## September 2026 Unpaid Bills

No postpetition accounts-payable ledger was provided. Consistent with the August Monthly Operating Report, the amount reported on line 24 is $0.00, subject to confirmation from the Debtor's books and records.

# EXHIBIT F

## September 2026 Money Owed to the Debtor

No accounts-receivable aging was provided. Consistent with the August Monthly Operating Report, the amount reported on line 25 is $0.00, subject to confirmation from the Debtor's books and records.

# FINANCIAL REPORT

## September 2026 Cash-Basis Profit and Loss Statement

| Revenue / Expense Category | Actual Amount |
|---|---|
| Payments from Clients | $98,084.70 |
| **Total Revenue** | **$98,084.70** |
| Bank Service Charges | $3.90 |
| Bookkeeping / Payroll Service | $563.91 |
| Computer / Software / Internet | $250.00 |
| Insurance Expense | $3,677.52 |
| Materials & Supplies | $47,947.73 |
| Subcontractors / Contract Labor | $7,020.00 |
| Payroll Expenses (with taxes) | $49,102.79 |
| Rent / Storage | $600.00 |
| Utilities | $1,196.20 |
| Vehicle / Equipment Expense | $552.79 |
| Property Tax / Other Taxes | $0.00 |
| Office / Administrative | $16.23 |
| Repairs | $0.00 |
| Other Disbursements / Unclassified | $2,781.40 |
| **Total Operating Expenses** | **$113,712.47** |
| **Operating Income (Loss)** | **$-15,627.77** |
| Subchapter V Trustee Fees | $1,500.00 |
| Debt / Financing Payments | $9,882.10 |
| Secured Loan Payments | $4,800.00 |
| Owner Distribution / Draw | $2,500.00 |
| **Total Other Cash Disbursements** | **$18,682.10** |
| **Total Cash Disbursements** | **$132,394.57** |
| **Net Cash Activity** | **$-34,309.87** |

Internal transfers are excluded. Debt payments and owner distributions are presented separately from operating expenses. The bank statements do not provide principal/interest allocations. This report is cash-basis and should be reconciled to the Debtor's books before filing.

FIRST SECURITY STATE BANK

FIRST VOICE
24 Hr. Voice Inquiry
(877) 486-5865

CLIFTON
P.O. Box 69
Clifton, Texas 76634-2022
(254) 675-2265

CRANFILLS GAP
P.O. Box 87
Cranfills Gap, Texas 76637-0087
(254) 597-2286

MERIDIAN
P.O. Box 401
Meridian, Texas 76665
(254) 435-9955

WHITNEY
P.O. Box 2086
Whitney, Texas 76692
(254) 694-3476

1706FIRSTSEC 0001893

7171F00X.002

*0001893 S6
DOUBLE D SOLUTIONS AND DEVELOPMENT, LL
PO BOX 1788
WHITNEY TX 76692-1788

| | |
|---|---|
| **ACCOUNT NUMBER** | XXXXXX4228 |
| **STATEMENT PERIOD** | 8/31/26 - 9/30/26 |
| **ENCLOSURES** | 99 |
| **PAGE** | 1 of 11 |

## Checking Account Summary - XXXXXX4228

COMMERCIAL XXXXXX4228

| | |
|---|---|
| Beginning Balance | 86,403.27 |
| 1 Deposits | 98,084.70 |
| Other Credits | 0.00 |
| 66 Withdrawals | 90,227.53 |
| 35 Other Debits | 40,867.04 |
| Ending Balance | 53,393.40 |

## Overdraft Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

## Fee Summary

| Item | Amount |
|---|---|
| MAINTENANCE FEE | 7.50 |
| ACTIVITY FEE | 9.80 |
| CREDIT | 13.40 |
| TOTAL FEES IMPOSED | 3.90 |

(LISTED BELOW)

NNNNNN

MailAndE

## Account Credit Transactions

| Date | Description | Amount |
|---|---|---|
| 9/18 | DEPOSIT | 98,084.70 |

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 9/01 | MedMutualProtect MMPI 2977347100 | 127.15 |
| 9/01 | MedMutualProtect MMPI 2977347106 | 238.82 |
| 9/01 | MedMutualProtect MMPI 2977346894 | 271.40 |
| 9/01 | MedMutualProtect MMPI 2977347710 | 539.04 |
| 9/02 | POS:09/02 PDFBILLING.COM MIAMI FL | 49.95 |
| 9/03 | WINDSTREAM WSC ACH 0024577311 | 150.10 |
| 9/03 | JJPF Payments 91ECHECK 0601594809 | 2,428.60 |
| 9/04 | POS:09/03 THE HOME DEPOT 6532 WACO TX | 63.79 |
| 9/08 | POS:09/05 THE HOME DEPOT 6532 WACO TX | 43.24 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**
**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will recredit your account for the amount you think is in error, so that you will have use of money during the time it takes to complete our investigation.

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

**YOUR BALANCE** SHOWN ON THIS STATEMENT $ ____________

**ADD** + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT $ ____________

**TOTAL** ____________

**SUBTRACT** - (IF ANY) CHECKS OUTSTANDING ____________

**BALANCE** $ ____________

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information
(1) Your name and account number
(2) The dollar amount of the suspected error
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

FS 3000-BAR (R 6/14)

1706FIRSTSEC 0001893
7173F00X.002
25FDP
NNNNNN
MailAndE

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 9/08 | POS:09/05 UNITED RENTALS 2944 BELLMEAD TX | 352.79 |
| 9/10 | POS:09/09 THE HOME DEPOT 6532 WACO TX | 58.12 |
| 9/11 | POS:09/10 THE HOME DEPOT 6532 WACO TX | 62.51 |
| 9/14 | POS:09/14 PDFBILLING.COM MIAMI FL | 49.95 |
| 9/14 | POS:09/12 THE HOME DEPOT 6830 WACO TX | 166.86 |
| 9/14 | POS:09/12 INTUIT QBOOKS ONLINE SAN DIEGO CA | 563.91 |
| 9/14 | INTUIT 20407950 TAX 0029441587 | 17.88 |
| 9/14 | IRS USATAXPYMT 6010000592 | 2,376.56 |
| 9/15 | POS:09/15 WOOD FINISHERS DEPOT BAYTOWN TX | 1,507.72 |
| 9/16 | RESERVE NATIONAL INS PREM 0022231165 | 990.45 |
| 9/17 | JJPF Payments 915ECHECK 0609786537 | 598.87 |
| 9/21 | INTUIT 27544428 TAX 0026460246 | 8.57 |
| 9/21 | IRS USATAXPYMT 6010000707 | 2,154.74 |
| 9/22 | POS:09/21 SP HARTVILLE HARDWARE HARTVILLE OH | 1,321.92 |
| 9/22 | ENGIE RESOURCES BILL PAY 1116756707 | 1,196.20 |
| 9/22 | WHITE RIVER Bill Pay 0160000026 | 6,854.63 |
| 9/23 | POS:09/22 AMAZON PRIME U25TI6AJ3 SEATTLE WA | 16.23 |
| 9/23 | POS:09/23 WOODWORKER EXPRESS KANSAS CITY MO | 324.11 |
| 9/23 | INTUIT 58627098 TAX 0027005960 | 6.80 |
| 9/23 | PROG COUNTY MUT INS PREM 0026781697 | 1,510.66 |
| 9/23 | IRS USATAXPYMT 6010000742 | 2,469.17 |
| 9/28 | POS:09/26 THE HOME DEPOT 6830 WACO TX | 32.44 |
| 9/29 | POS:09/29 REJUVENATION E-COMMERC SAN FRANCISCOCA | 14,309.96 |
| 9/30 | MAINTENANCE FEE | 7.50 |
| 9/30 | ACTIVITY FEE | 9.80 |
| 9/30 | CREDIT | 13.40 |

## Checks

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 09/02 | 5673 | 2,905.52 | 09/04 | 5754 | 181.01 |
| 09/03 | 5675* | 6,000.00 | 09/04 | 5755 | 1,209.24 |
| 09/10 | 5676 | 1,500.00 | 09/04 | 5756 | 928.96 |
| 09/01 | 5677 | 6,912.47 | 09/09 | 5757 | 765.07 |
| 09/04 | 5678 | 4,670.00 | 09/08 | 5758 | 1,240.58 |
| 09/09 | 5679 | 600.00 | 09/15 | 5761* | 411.42 |
| 09/15 | 5680 | 2,781.40 | 09/14 | 5762 | 1,026.47 |
| 09/14 | 5681 | 1,472.04 | 09/11 | 5764* | 1,110.72 |
| 09/11 | 5682 | 168.00 | 09/14 | 5765 | 596.34 |
| 09/15 | 5683 | 716.86 | 09/11 | 5768* | 1,229.00 |
| 09/17 | 5684 | 572.64 | 09/16 | 5769 | 1,296.00 |
| 09/17 | 5685 | 37.53 | 09/11 | 5770 | 983.95 |
| 09/17 | 5686 | 30.00 | 09/11 | 5771 | 108.68 |
| 09/02 | 5730* | 1,584.00 | 09/11 | 5772 | 842.69 |
| 09/01 | 5732* | 347.44 | 09/15 | 5773 | 35.44 |
| 09/01 | 5743* | 294.48 | 09/23 | 5774 | 1,260.00 |
| 09/09 | 5745* | 1,368.00 | 09/18 | 5775 | 1,137.75 |
| 09/04 | 5746 | 863.43 | 09/21 | 5776 | 1,300.10 |
| 09/08 | 5747 | 376.83 | 09/18 | 5777 | 1,018.98 |
| 09/08 | 5748 | 1,269.57 | 09/18 | 5778 | 1,120.61 |
| 09/04 | 5749 | 812.88 | 09/21 | 5779 | 1,593.22 |
| 09/04 | 5750 | 1,110.73 | 09/22 | 5780 | 684.72 |
| 09/09 | 5751 | 494.70 | 09/21 | 5781 | 376.83 |
| 09/04 | 5752 | 118.43 | 09/22 | 5782 | 485.44 |
| 09/04 | 5753 | 593.08 | 09/18 | 5783 | 1,604.44 |

*(*) Denotes missing check numbers*

## Checks (continued)

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 09/30 | 5785* | 1,512.00 | 09/30 | 5796 | 499.93 |
| 09/28 | 5788* | 1,002.06 | 09/25 | 5797 | 1,207.53 |
| 09/25 | 5789 | 1,110.72 | 09/25 | 5798 | 1,058.91 |
| 09/25 | 5790 | 1,485.88 | 09/22 | 5996* | 3,230.67 |
| 09/28 | 5791 | 765.07 | 09/21 | 5997 | 8,217.66 |
| 09/28 | 5792 | 1,447.55 | 09/23 | 5999* | 200.00 |
| 09/28 | 5793 | 818.10 | 09/30 | 6000 | 2,334.52 |
| 09/30 | 5795* | 497.50 | 09/29 | 6001 | 4,691.74 |

*(*) Denotes missing check numbers*

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 77,672.47 | 9/11 | 41,428.30 | 9/22 | 91,958.18 |
| 9/02 | 73,133.00 | 9/14 | 35,158.29 | 9/23 | 86,171.21 |
| 9/03 | 64,554.30 | 9/15 | 29,705.45 | 9/25 | 81,308.17 |
| 9/04 | 54,002.75 | 9/16 | 27,419.00 | 9/28 | 77,242.95 |
| 9/08 | 50,719.74 | 9/17 | 26,179.96 | 9/29 | 58,241.25 |
| 9/09 | 47,491.97 | 9/18 | 119,382.88 | 9/30 | 53,393.40 |
| 9/10 | 45,933.85 | 9/21 | 105,731.76 | | |

7174F00X.002 1706FIRSTSEC 0001893
25FDP

MailAndE NNNNNN 25FDP 7175F00X.002 1706FIRSTSEC 0001893

**CHECKING DEPOSIT** Teller # 7
9/18/2026
CASH $ 0.00
CHECKS $ 98,084.70
Customer Name DOUBLE D SOLUTIONS AND DEVELOPMENT LLC
SUB TOTAL $ 98,084.70
Acct Num: 50034228
LESS CASH $ 0.00
Comment
$ 98,084.70
⑆5500100000⑆50034228⑈ 12⑈0009808470⑈

Deposit: 0 Date: 9/18/2026 Amount: $98084.70

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
ELECTRONICALLY PROCESSED ON 090126
5673
8/28/2026
Pay to the order of Department of Treasury IRS $ 2905 52/xx
Two Thousand Nine Hundred - five 52/100 Dollars
FIRST SECURITY STATE BANK
⑆111910160⑆ 5673⑈50034228⑈

Number: 5673 Date: 9/2/2026 Amount: $2905.52

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5675
8/31/2026
Pay to the order of Double D Solutions $ 6,000 00/xx
Six thousand dollars 00/00 Dollars
⑆111910160⑆ 5675⑈50034228⑈

Number: 5675 Date: 9/3/2026 Amount: $6000.00

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5676
9/2/2026
Pay to the order of Michael J. O'Connor $ 1500 00/xx
One Thousand Five Hundred 00/100 Dollars
⑆111910160⑆ 5676⑈50034228⑈

Number: 5676 Date: 9/10/2026 Amount: $1500.00

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5677
8/31/2026
Pay to the order of Woodfurniture Depot $ 6912 47/xx
Six Thousand Nine Hundred Twelve 47/xx Dollars
⑆111910160⑆ 5677⑈50034228⑈

Number: 5677 Date: 9/1/2026 Amount: $6912.47

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5678
8/31/2026
Pay to the order of Wilko Industrial LLC $ 4,670 00/xx
Four Thousand Six Hundred Seventy 00/00 Dollars
⑆111910160⑆ 5678⑈50034228⑈

Number: 5678 Date: 9/4/2026 Amount: $4670.00

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5679
9-1-26
Pay to the order of LWRV Park + Mini WH $ 600 00/
Six Hundred dollars + 00/100 Dollars
⑆111910160⑆ 5679⑈50034228⑈

Number: 5679 Date: 9/9/2026 Amount: $600.00

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5680
9/9/2026
Pay to the order of Woodgallery inc. $ 2,781 40/xx
Two Thousand Seven hundred Eighty-one 40/ Dollars
For Translation
⑆111910160⑆ 5680⑈50034228⑈

Number: 5680 Date: 9/15/2026 Amount: $2781.40

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5681
9/11/2026
Pay to the order of Eddie Carrera $ 1,472 04/xx
One Thousand Four hundred Seventy - two 04/100 Dollars
⑆111910160⑆ 5681⑈50034228⑈

Number: 5681 Date: 9/14/2026 Amount: $1472.04

DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
5682
9/11/2026
Pay to the order of Billy Osborn $ 168 00/xx
One Hundred Sixty-eight 00/100 Dollars
⑆111910160⑆ 5682⑈50034228⑈

Number: 5682 Date: 9/11/2026 Amount: $168.00

First Security State Bank
Account: XXXXXX4228




DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5683
9/11/2026
Pay to the order of Edward Guerra Jr.
$ 716 86/xx
Seven hundred Sixteen 86/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
⑆111910160⑆ 5683⑈500314228⑈

Number: 5683 Date: 9/15/2026 Amount: $716.86


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5684
9/15/2026
Pay to the order of Fuckers
$ 572 64/xx
Five hundred Seventy-two 64/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
⑆111910160⑆ 5684⑈500314228⑈

Number: 5684 Date: 9/17/2026 Amount: $572.64


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5685
9/15/26
Pay to the order of Hilco
$ 37.53/xx
Thirty-seven 53/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For 4710161700
⑆111910160⑆ 5685⑈500314228⑈

Number: 5685 Date: 9/17/2026 Amount: $37.53


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5686
9/15/26
Pay to the order of Hilco
$ 30.00/xx
Thirty dollars 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For 4710161700
⑆111910160⑆ 5686⑈500314228⑈

Number: 5686 Date: 9/17/2026 Amount: $30.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5730
August 28, 2026
Pay to the order of Eagle Eye Construction
$ 1,584.00
One thousand five hundred eighty-four + 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5730⑈500314228⑈

Number: 5730 Date: 9/2/2026 Amount: $1584.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5732
8/28/2026
Pay to the order of Katie Foster
$ 347.44
Three hundred forty-seven dollars + 44/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5732⑈500314228⑈

Number: 5732 Date: 9/1/2026 Amount: $347.44


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5743
8/28/2026
Pay to the order of Edward Guerra Jr.
$ 294.48
Two hundred ninety-four dollars + 48/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5743⑈500314228⑈

Number: 5743 Date: 9/1/2026 Amount: $294.48


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5745
9/4/2026
Pay to the order of Eagle Eye Construction
$ 1368.00
One thousand three hundred sixty-eight + 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5745⑈500314228⑈

Number: 5745 Date: 9/9/2026 Amount: $1368.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5746
9/4/2026
Pay to the order of Michael Aageson
$ 863.43
Eight hundred sixty-three + 43/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5746⑈500314228⑈

Number: 5746 Date: 9/4/2026 Amount: $863.43


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5747
9/4/2026
Pay to the order of Katie Foster
$ 376.83
Three hundred seventy-six dollars 83/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5747⑈500314228⑈

Number: 5747 Date: 9/8/2026 Amount: $376.83

25FDP 7176F00X.002 1706FIRSTSEC 0001893

MailAndE NNNNNN 25FDP 7177F00X.002 1706FIRSTSEC 0001893



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5748
88-1016/1119
9/4/2026
Pay to the order of Daniel Locke $1269.57
One thousand two hundred sixty-nine dollars + 57/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5748⑈500344228⑈

Number: 5748 Date: 9/8/2026 Amount: $1269.57



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5749
88-1016/1119
9/4/2026
Pay to the order of Kenan Manfrell $812.88
Eight hundred twelve dollars + 88/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5749⑈500344228⑈

Number: 5749 Date: 9/4/2026 Amount: $812.88



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5750
88-1016/1119
9/4/2026
Pay to the order of Lee Proctor $1,110.73
One thousand one hundred ten dollars + 73/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5750⑈500344228⑈

Number: 5750 Date: 9/4/2026 Amount: $1110.73



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5751
88-1016/1119
9/4/2026
Pay to the order of Kenneth Robbins $494.70
Four hundred ninety-four dollars + 70/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5751⑈500344228⑈

Number: 5751 Date: 9/9/2026 Amount: $494.70



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5752
88-1016/1119
9/4/2026
Pay to the order of Colt Thompson $118.43
One hundred eighteen dollars + 43/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5752⑈500344228⑈

Number: 5752 Date: 9/4/2026 Amount: $118.43



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5753
88-1016/1119
9/4/2026
Pay to the order of David Thompson $593.08
Five hundred ninety-three dollars + 08/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5753⑈500344228⑈

Number: 5753 Date: 9/4/2026 Amount: $593.08



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5754
88-1016/1119
9/4/2026
Pay to the order of Roxanne Wood $181.01
One hundred eighty-one dollars + 01/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5754⑈500344228⑈

Number: 5754 Date: 9/4/2026 Amount: $181.01



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5755
88-1016/1119
9/4/2026
Pay to the order of Sharon Weldon $1209.24
One thousand two-hundred nine dollars + 24/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5755⑈500344228⑈

Number: 5755 Date: 9/4/2026 Amount: $1209.24



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5756
88-1016/1119
9/4/2026
Pay to the order of Molly Osborn $928.96
Nine hundred twenty-eight dollars + 96/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5756⑈500344228⑈

Number: 5756 Date: 9/4/2026 Amount: $928.96



DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5757
88-1016/1119
9/4/2026
Pay to the order of Edward Guerra Jr $765.07
Seven hundred sixty-five dollars + 07/100 Dollars
FIRST SECURITY STATE BANK
For payroll
⑆111910160⑆ 5757⑈500344228⑈

Number: 5757 Date: 9/9/2026 Amount: $765.07


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5758
88-1016/1119 04
Date 9/4/2026
Pay to the order of Eddie Guerra $ 1240.58
One thousand two hundred forty dollars + 58/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5758⑈ 50034228⑈

Number: 5758 Date: 9/8/2026 Amount: $1240.58


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5761
88-1016/1119 04
Date 9/11/2026
Pay to the order of Katie Foster $ 411.42
Four hundred eleven dollars + 42/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5761⑈ 50034228⑈

Number: 5761 Date: 9/15/2026 Amount: $411.42


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5762
Date 9/11/2026
Pay to the order of Daniel Locke $ 1,026.47
One thousand twenty-six dollars + 47/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5762⑈ 50034228⑈

Number: 5762 Date: 9/14/2026 Amount: $1026.47


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5764
88-1016/1119 04
Date 9/11/2026
Pay to the order of Lee Proctor $ 1,110.72
One thousand one hundred ten dollars + 72/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5764⑈ 50034228⑈

Number: 5764 Date: 9/11/2026 Amount: $1110.72


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5765
88-1016/1119 04
Date 9/11/2026
Pay to the order of Kenneth Robbins $ 596.34
Five hundred ninety-six dollars + 34/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5765⑈ 50034228⑈

Number: 5765 Date: 9/14/2026 Amount: $596.34


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5768
88-1016/1119 04
Date 9/11/26
Pay to the order of Sharon Weldon $ 1,229.00
One thousand two hundred twenty nine 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5768⑈ 50034228⑈

Number: 5768 Date: 9/11/2026 Amount: $1229.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5769
88-1016/1119 04
Date 9/11/26
Pay to the order of Eagle Eye Construction $ 1,296.00
One thousand two hundred ninety-six 00/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5769⑈ 50034228⑈

Number: 5769 Date: 9/16/2026 Amount: $1296.00


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5770
88-1016/1119 04
Date 9/11/2026
Pay to the order of Michael Oragson $ 983.95
Nine hundred eighty-three dollars + 95/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5770⑈ 50034228⑈

Number: 5770 Date: 9/11/2026 Amount: $983.95


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5771
88-1016/1119 04
Date 9/11/2026
Pay to the order of Sharon Weldon $ 108.68
One hundred eight dollars + 68/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For payroll
⑆111910160⑆ 5771⑈ 50034228⑈

Number: 5771 Date: 9/11/2026 Amount: $108.68


DOUBLE D SOLUTIONS AND DEVELOPEMENT, LLC
P.O. BOX 1788
WHITNEY, TX 76692
5772
88-1016/1119 04
Date 9/11/2026
Pay to the order of Kenan Mandrell $ 842.69
Eight hundred forty-two dollars + 69/100 Dollars
FIRST SECURITY STATE BANK
Clifton - Cranfills Gap - Meridian - Whitney
P.O. Box 87 Cranfills Gap, Texas 76637 • (254) 597-2286
For
⑆111910160⑆ 5772⑈ 50034228⑈

Number: 5772 Date: 9/11/2026 Amount: $842.69

25FDP 7178F00X.002 1706FIRSTSEC 0001893

MailAndE NNNNNN 25FDP 7179F00X.002 1706FIRSTSEC 0001893




Number: 5773 Date: 9/15/2026 Amount: $35.44




Number: 5774 Date: 9/23/2026 Amount: $1260.00




Number: 5775 Date: 9/18/2026 Amount: $1137.75




Number: 5776 Date: 9/21/2026 Amount: $1300.10




Number: 5777 Date: 9/18/2026 Amount: $1018.98




Number: 5778 Date: 9/18/2026 Amount: $1120.61




Number: 5779 Date: 9/21/2026 Amount: $1593.22




Number: 5780 Date: 9/22/2026 Amount: $684.72




Number: 5781 Date: 9/21/2026 Amount: $376.83




Number: 5782 Date: 9/22/2026 Amount: $485.44




Number: 5783 Date: 9/18/2026 Amount: $1604.44




Number: 5785 Date: 9/30/2026 Amount: $1512.00




Number: 5788 Date: 9/28/2026 Amount: $1002.06




Number: 5789 Date: 9/25/2026 Amount: $1110.72




Number: 5790 Date: 9/25/2026 Amount: $1485.88




Number: 5791 Date: 9/28/2026 Amount: $765.07




Number: 5792 Date: 9/28/2026 Amount: $1447.55




Number: 5793 Date: 9/28/2026 Amount: $818.10




Number: 5795 Date: 9/30/2026 Amount: $497.50




Number: 5796 Date: 9/30/2026 Amount: $499.93

25FDP 7180F00X.002 1706FIRSTSEC 0001893

0001893 1706FIRSTSEC 7181F00X.002 25FDP NNNNNN MailAndE




Number: 5797 Date: 9/25/2026 Amount: $1207.53




Number: 5798 Date: 9/25/2026 Amount: $1058.91




Number: 5996 Date: 9/22/2026 Amount: $3230.67




Number: 5997 Date: 9/21/2026 Amount: $8217.66




Number: 5999 Date: 9/23/2026 Amount: $200.00




Number: 6000 Date: 9/30/2026 Amount: $2334.52




Number: 6001 Date: 9/29/2026 Amount: $4691.74

TFNB Your Bank for Life
P.O. Box 387 • McGregor, Texas 76657
254/840-2836 • www.tfnbtx.com
Member FDIC

DOUBLE D
SOLUTIONS & DEVELOPMENT LLC
PO BOX 1788
WHITNEY TX 76692-1788

Statement Date: **09/30/2026** Account No.: XXXX9647 Page: **1**

## *COMMERCIAL ACCOUNT SUMMARY*

**Type :** REG **Status :** Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/31/26 | | 4,540.55 |
| Deposits | 1 | 6,000.00+ |
| Debits | 1 | 2,500.00 |
| Automatic Withdrawals | 1 | 4,800.00 |
| Ending Balance On 09/30/26 | | 3,240.55 |
| **Average Balance (Ledger)** | **6,970.55+** | |

## *ALL CREDIT ACTIVITY*

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/02/26 | Deposit | 6,000.00 | | | | | | |

## *ELECTRONIC DEBITS*

| Date | Description | Amount |
|---|---|---|
| 09/24/26 | TRANSFER TO LOANS 46570- 20020 | 4,800.00 |

## *CHECKS AND OTHER DEBITS*

*** indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/04/26 | 0 | 2,500.00 | | | | | | |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 08/31/26 was 4,540.55

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02/26 | 10,540.55 | 09/04/26 | 8,040.55 | 09/24/26 | 3,240.55 |

Your Bank for Life
P.O. Box 387 • McGregor, Texas 76657
254/840-2836 • www.tfnbtx.com

Member FDIC

Statement Date: **09/30/2026** Account No.: XXXX9647 Page: **2**

## *OVERDRAFT FEE SUMMARY*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| | | |
|---|---|---|
| Fees Refunded | $0.00 | $0.00 |
| Fees Waived | $0.00 | $0.00 |

**This Statement Cycle Reflects 30 Days**

HTTPS://WWW.TFNBTX.COM/COMMERCIAL-ACCOUNTS-DISCLOSURE/
CLICK LINK FOR IMPORTANT NOTICE ABOUT THE CHANGE FOR
DEBIT CARD TRANSACTIONS THAT WILL
TAKE EFFECT NOVEMBER 1, 2022.

**Direct Inquiries About Electronic Entries To:**
Phone: (254) 840-2836

TFNB Your Bank for Life

**DOUBLE D**
**Account No. :** XXXX9647
**Stmt. Date :** **09/30/2026**

**Bank :** **689**
**Images :** **2**
**Page :** **3**

# IMAGE STATEMENT




AM: 6,000.00 CK: DT: 09/02 SQ: 60200020 Deposit




AM: 2,500.00 CK: DT: 09/04 SQ: 61200360 Paid

# Double_D_September_2026_Monthly_Operating_Report_Unsigned

Final Audit Report 2026-10-20

| | |
|---|---|
| Created: | 2026-10-20 |
| By: | Manolo Santiago (msantiago@tittlelawpllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZGKiCr7qSd3eq9CfB-5GNrvugoL7RgsT |

## "Double_D_September_2026_Monthly_Operating_Report_Unsigned" History

Document created by Manolo Santiago (msantiago@tittlelawpllc.com)
2026-10-20 - 7:48:10 PM GMT

Document emailed to Thomas Dwayne Pavelka (pavair14@outlook.com) for signature
2026-10-20 - 7:48:21 PM GMT

Email viewed by Thomas Dwayne Pavelka (pavair14@outlook.com)
2026-10-20 - 9:35:12 PM GMT

Document e-signed by Thomas Dwayne Pavelka (pavair14@outlook.com)
Signature Date: 2026-10-20 - 9:35:52 PM GMT - Time Source: server - Signature Appearance Selected: DRAW

Agreement completed.
2026-10-20 - 9:35:52 PM GMT