**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 12, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DOUBLE D SOLUTIONS AND** | § | |
| **DEVELOPMENT, LLC,** | § | **CASE NO. 26-60765-MMP** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11 SUBCH. V** |

**ORDER SETTING DEADLINES PURSUANT TO SCHEDULING ORDER**

The Court considered the Debtor's *Subchapter V Debtor's Plan Dated November 5, 2026* (ECF No. 95) and the docket and determined it appropriate to enter a scheduling order. It is therefore

**ORDERED** that the following dates are established pursuant to Scheduling Order with respect to the Debtor's Plan:

1. The date by which Debtor must send out notice of (i) the Plan, (ii) the confirmation hearing on the Plan, and (iii) the deadlines to object, accept, or reject the Plan is **DECEMBER 11, 2026**;

2. The date by which parties-in-interest may object to the Plan is **JANUARY 5, 2027**;

3. The date by which the Ballot Summary must be submitted is **JANUARY 8, 2027**; and

4. The date of the hearing on the Plan is **JANUARY 12, 2027, AT 1:45 PM**.

It is further

**ORDERED** that the Debtor's counsel shall mail a ballot conforming to Official Form 314 along with a copy of the Plan and a copy of this Order to creditors and other parties-in-interest on or before **DECEMBER 11, 2026**. It is further

**ORDERED** that parties-in-interest must file and serve, pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(91), written objections to confirmation of the Plan on or before **JANUARY 5, 2027**. It is further

**ORDERED** that creditors must mail or transmit ballots setting forth written acceptances or rejections of the Plan on or before **JANUARY 5, 2027**. It is further

**ORDERED** that all completed ballots shall be timely transmitted directly to Debtor's counsel by U.S. Mail, fax, or email as follows:

Manolo R. Santiago
Tittle Santiago, PLLC
1125 Legacy Drive, Suite 230
Frisco, Texas 75034
Fax: (214) 722-0271
Email: msantiago@tittlelawpllc.com

It is further

**ORDERED** that the Debtor shall file its ballot summary no later than **JANUARY 8, 2027**. It is further

**ORDERED** that the hearing on confirmation of the Plan is scheduled for **JANUARY 12, 2027, AT 1:45 PM** before the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas.

# # #