**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:

DOUBLE D SOLUTIONS AND DEVELOPMENT, LLC,
Debtor.

Case No: 26-60765-mmp

Chapter 11 (Subchapter V)

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mark Edward Edinburgh ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent E & E Acquisitions, LLC dba Central Hardwoods in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   E & E Acquisitions, LLC,

   with offices at

   Mailing address: 1959 W. Northwest Highway

   City, State, Zip: Dallas, TX 75220

   Telephone: 972-484-8855 ext. 1010 Fax: None

   Email Address: medinburgh@millworksolutions.com

2. Since May 3, 2019, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24113638.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of Texas | May 3, 2019 |
| | |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   None

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   None

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| | | |
| | | |
| | | |

Wherefore, Applicant prays that this Court enter an order permitting the admission of Mark Edward Edinburgh to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ Mark Edward Edinburgh
[Signature of Applicant]

Mark Edward Edinburgh
[Printed name of Applicant]

1959 W. Northwest Highway, Dallas, TX 75220
[Address of Applicant]

972-484-8855 ext. 1010
[Telephone of Applicant]

medinburgh@millworksolutions.com
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18th Day of November, 2026.

**Note: Per Local Rule 9013-1(c)(2)**

**Certificate of Service Requirements**

/s/ Mark Edward Edinburgh
[Signature of Applicant]

Mark Edward Edinburgh
[Printed name of Applicant]

1959 W. Northwest Highway, Dallas, TX 75220
[Address of Applicant]

972-484-8855 ext. 1010
[Telephone of Applicant]

medinburgh@millworksolutions.com
[Email address of Applicant]

The parties served, their addresses, and the method of service are listed on the attached Service List.

# SERVICE LIST

In re Double D Solutions and Development, LLC, Case No. 26-60765-mmp
Motion for Admission Pro Hac Vice of Mark Edward Edinburgh — served November 18, 2026

**By electronic means as listed on the Court's ECF noticing system:**

| Name | Address | Capacity |
|---|---|---|
| Manolo R. Santiago and Brandon J. Tittle | Tittle Santiago, PLLC, 1125 Legacy Dr., Suite 230, Frisco, TX 75034-1942 | Counsel for Debtor |
| Michael James O'Connor | Law Office of Michael J. O'Connor, The Spectrum Building, 613 NW Loop 410, Suite 840, San Antonio, TX 78216-5507 | Subchapter V Trustee |
| Samantha S. Lieb | Office of the United States Trustee, 903 San Jacinto Blvd., Suite 230, Austin, TX 78701-2450 | United States Trustee |
| Michael Paul Menton | 5728 LBJ Freeway, Suite 150, Dallas, TX 75240-6340 | Counsel for The First National Bank of McGregor |
| Steven B. Bass | Assistant United States Attorney, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701-2449 | Counsel for U.S. Small Business Administration |
| Blake Rasner | Haley & Olson PC, 100 N. Ritchie Rd., Suite 200, Waco, TX 76712-8517 | Counsel for First Security State Bank |
| Broocks Wilson | Wilson Friery PLLC, 708 Main St., 10th Floor, Houston, TX 77002-3246 | Counsel for Ocean Funding Corp. |
| Shanna M. Kaminski | Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 | Counsel for Ocean Funding Corp. and Fox Funding Group LLC |
| Jessica L. Cousineau | McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 | Counsel for The County of Hill, Texas |

**By regular first class mail, postage prepaid:**

| Name | Address | Capacity |
|---|---|---|
| Double D Solutions and Development, LLC | P.O. Box 1788, Whitney, TX 76692-1788 | Debtor |
| JPMorgan Chase Bank | c/o National Bankruptcy Services LLC, P.O. Box 9013, Addison, TX 75001-9013 | 20 largest unsecured |
| Capital One Bank | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | 20 largest unsecured |
| Central Hardwoods | 1959 W. Northwest Hwy, Dallas, TX 75220-2313 | 20 largest unsecured |
| Rugby | 920 Ave. R., Grand Prairie, TX 75050-1500 | 20 largest unsecured |
| Home Depot Credit Services | P.O. Box 658226, Dallas, TX 75265-8226 | 20 largest unsecured |
| SRM Concrete | 200 Sims Dr., Whitney, TX 76692-3597 | 20 largest unsecured |
| A-1 Building Supply | 4445 Canyon Dr., Amarillo, TX 79110-1902 | 20 largest unsecured |
| ABC Supply Company | P.O. Box 842450, Dallas, TX 75284-2450 | 20 largest unsecured |
| Redwoods, Inc. | 623 Esther Street, Waco, TX 76710-6022 | 20 largest unsecured |
| Hill County Tax Office | 305 S. San Jacinto, Whitney, TX 76692-2722 | 20 largest unsecured |
| Dakota Premium Hardwoods | P.O. Box 840764, Dallas, TX 75284-0764 | 20 largest unsecured |
| Itasca Landfill, Republic Services | P.O. Box 677839, Dallas, TX 75267-7839 | 20 largest unsecured |
| Wood Finishers Depot | 5215 Sjolander Rd., Baytown, TX 77521-9380 | 20 largest unsecured |
| Sunbelt Rentals | 7011 Woodway Dr., Woodway, TX 76712-6149 | 20 largest unsecured |
| Lowes | P.O. Box 530970, Atlanta, GA 30353-0970 | 20 largest unsecured |
| United Rentals | P.O. Box 840514, Dallas, TX 75284-0514 | 20 largest unsecured |
| Dealers Electrical Supply | P.O. Box 2535, Waco, TX 76702-2535 | 20 largest unsecured |

| **Name** | **Address** | **Capacity** |
|---|---|---|
| Texas Comptroller of Public Accounts | Bankruptcy Collection Division MC-008, P.O. Box 12548 MC-008, Austin, TX 78711-2548 | 20 largest unsecured |
| Trader Vic's Mini Storage | 486 FM 1713, West, TX 76691 | 20 largest unsecured |
| LW RV Park & Mini Warehouse | P.O. Box 591, Whitney, TX 76692-0591 | 20 largest unsecured |
| U.S. Small Business Administration | Office of General Counsel, 312 N. Spring St., 5th Floor, Los Angeles, CA 90012-4701 | Agency creditor (L. Rule 9013-1(d)(3); FRBP 7004(b)(5)) |
| Stephanie Rico, Civil Process Clerk | Office of the United States Attorney for the Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597 | United States (FRBP 7004(b)(4)(A)(i)) |
| Attorney General of the United States | U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 | United States (FRBP 7004(b)(4)(A)(ii)) |