# EXHIBIT A

Proposed Order Granting Motion for Admission Pro Hac Vice

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

**IN RE:**

DOUBLE D SOLUTIONS AND DEVELOPMENT, LLC,

Debtor.

Case No.: 26-60765-mmp

Chapter: 11 (Subchapter V)

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Mark Edward Edinburgh (“Applicant”) and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of E & E Acquisitions, LLC dba Central Hardwoods in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

# # #

Prepared By:

Mark Edward Edinburgh

E & E Acquisitions, LLC

1959 W. Northwest Highway

Dallas, TX 75220

972-484-8855 ext. 1010

medinburgh@millworksolutions.com